ORIGINAL

# In The United States Court of Federal Claims

ECF

RECEIVED
APR 1 1 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

DICK PACIFIC/GHEMM, JV, on behalf of W.A. BOTTING COMPANY

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Robert H. Crick

Firm Name: Winston & Cashatt

05- 462C

Post Office Box:

Street Address: 601 W Riverside, Ste. 1900

City-State-Zip: Spokane, WA 99016

Telephone & Facsimile Numbers: (509) 838-6131 / (509) 838-1416 fax

E-mail address: rcrick@winstoncashatt.com

Is the attorney of record admitted to the Court of Federal Claims Bar? X

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ 1,492,106.05

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003