IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV, on behalf of W.A. Botting Company | ) | |
| Plaintiff, | ) | No. 05-462 C |
| v. | ) | (Judge Baskir) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of STEVEN M. MAGER, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 616-2377
Fax: (202) 305-7644

Attention: Classification Unit
1100 L Street, NW, 8th Floor

s/STEVEN M. MAGER
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: May 5 , 2005

CERTIFICATE OF FILING

I hereby certify that on this 5th day of May, 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/STEVEN M. MAGER