**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV,<br>on behalf of W.A. Bottling Company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-462C<br><br>(Judge Baskir) |

**UNOPPOSED MOTION TO EXTEND**
**<u>TIME TO FILE AMENDED ANSWER</u>**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 60 calendar days, to and including August 9, 2005, in which to respond to plaintiff's complaint. Defendant's response is presently due June 10, 2005. This is defendant's first request for an enlargement of this deadline. Counsel for the United States has contacted plaintiff's counsel, and they have agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the complaint. We timely requested a litigation report from the

appropriate agency, the United States Army Corps of Engineers ("Army Corps"), and have not yet received such report. See 28 U.S.C. § 520. Agency counsel for the Army Corps in Alaska has indicated that several other pending matters have interfered with his ability to timely prepare a litigation report. Thus, the additional time requested is necessary for counsel to adequately investigate this case so that we may appropriately respond to the plaintiff's complaint.

Moreover, Government counsel is handling several other matters before this Court and the United States Court of Appeals for the Federal Circuit which have deadlines in June and July 2005 (e.g., Thomas v. Department of Veterans Affairs, Fed. Cir. No. 05-7019, oral argument scheduled for June 9, 2005; Mills d/b/a JCM Timber v. United States, Fed. Cl. No. 05-216, motion for summary judgment due June 10, 2005; Accounting Technical Management Services, Inc. v. United States, Fed. Cl. No. 02-1163, depositions scheduled in Asheville, North Carolina for June 14-17, 2005, discovery conference scheduled for June 23, 2005; Arakaki v. United States, discovery conference scheduled for June 21, 2005, depositions to be

scheduled for July 2005; McCafferty d/b/a Classic Catering v. United States, Fed. Cir. No. 05-5005, oral argument scheduled for July 8, 2005).

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

June 3, 2005

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 3rd day of June, 2005, a copy of the foregoing "UNOPPOSED MOTION TO EXTEND TIME TO FILE AMENDED ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice