# In the United States Court of Federal Claims

**NOTICE**

**DICK PACIFIC/GHEMM, JV,**
**on behalf of W.A. Bottling Company**

**No. 05-462 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., June 9, 2005**

To Attorney of Record, Assistant Attorney General, and Judge Baskir::

Please take notice that in the above case there has been entered this day on the defendant's motion, filed June 7, 2005, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk