# In the United States Court of Federal Claims

Case No. 05-462C
(Filed: August 10, 2005)

**************************************************
DICK PACIFIC/GHEMM, J*V,* on behalf of W.A. Botting Company,
*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*
**************************************************

## <u>ORDER</u>

On April 11, 2005, this case was designated as an electronic case in the Court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the Court's bar who have passed a certification test.

Records before the Court indicate that the Plaintiff's Counsel has not complied with this requirement. **Plaintiff's Counsel shall comply by September 2, 2005, or the Court will issue a show cause order why the case should not be dismissed for want of prosecution.**

**There have already been a number of electronic documents filed by the Defendant and the Court in this matter. In accord with this Court's policy, 30 days after the Complaint is filed, hard copies of these electronic filings are not sent to the Plaintiff's Counsel.**

If Plaintiff's Counsel has questions on what is required, please contact the CM/ECF User Assistance line at (866) 784-6273 (toll free), Monday to Friday, 9 a.m. to 5 p.m.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge