# In the United States Court of Federal Claims

Case No. 05-462C
(Filed: October 31, 2005)

*****************************************************
DICK PACIFIC/GHEMM, J*V,* on behalf of W.A. Botting Company,
*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*
*****************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 2:00 p.m., on Friday, December 16, 2005. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge