# In the United States Court of Federal Claims

Case No. 05-462C
(Filed: December 19, 2005)

**************************************************
DICK PACIFIC/GHEMM, J*V,* on behalf of W.A. Botting Company,
*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*
**************************************************

## ORDER

The Court held a preliminary status conference in the above-captioned case on December 16, 2005. This Order confirms the matters decided at that conference.

As per the parties' agreement, fact discovery will close on **June 30, 2006**. The parties shall file a Joint Status Report (JSR) no later than June 30. The JSR shall include the following:

- Verification that fact discovery concluded.
- Whether either party intends to file a dispositive motion before proceeding to trial. If so, the parties shall propose a briefing schedule for the intended motion.
- If no dispositive motions are foreseeable, the parties shall propose a trial date. They shall also include an estimate of the number of days needed for trial, as well as the number of witnesses each party intends to call.
- Whether the parties wish to pursue Alternative Dispute Resolution.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge