IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV,<br>On behalf of W. A. Botting Company,<br>Plaintiff | ) | |
| v. | ) | No. 05-462C<br>(Judge Baskir) |
| THE UNITED STATES<br>Defendant | ) | |

**JOINT MOTION TO EXTEND DISCOVERY**
**AND TIME TO FILE JOINT STATUS REPORT**

The parties respectfully request that the Court extend the discovery deadline by 31 calendar days, up to and including July 31, 2006.

The parties have engaged in extensive discovery in the above captioned case, including the exchange of interrogatories and requests for the production of documents, and several depositions in both Alaska and Washington state. Several outstanding document requests and scheduling issues, however, require the parties to request additional time to complete the remaining depositions, which tentatively have been scheduled for the week of July 17, 2006, pending this Court's Order.

The parties further respectfully request leave to file a joint status report with the Court on July 31, 2006, proposing either dispositive motions and a preliminary briefing schedule, or a trial date and proposed schedule, and indicating whether the parties wish to pursue Alternative Dispute Resolution.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Robert H. Crick
ROBERT H. CRICK
Winston & Cashatt, Lawyers
601 West Riverside Avenue
1900 Seafirst Financial Center
Spokane, WA 99201-0695

Attorney for Plaintiff

June 20, 2006

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

June 20, 2006

CERTIFICATE OF FILING/SERVICE

I hereby certify that on this 20th day of June, 2006, a copy of the foregoing "JOINT MOTION TO EXTEND DISCOVERY AND TIME TO FILE JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice