# In the United States Court of Federal Claims

Case No. 05-462C
(Filed: June 26, 2006)

**************************************************
DICK PACIFIC/GHEMM, J*V*, on behalf of *
W.A. Botting Company, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

On June 20, 2006, the parties filed a Joint Motion to Extend Discovery and Time to File Joint Status Report by 31 days, or until July 31, 2006. This **motion** is hereby **GRANTED** as follows: **Discovery will close on July 31, 2006,** and at that time, the **parties shall file a Joint Status Report** following the guidelines in the Court's Order of December 19, 2005.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge