IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DICK PACIFIC/GHEMM, JV, on behalf of W.A. Botting Company, Plaintiff, | No. 05-462C |
| vs. | (Judge Baskir) |
| UNITED STATES OF AMERICA, Defendant. | |

**AFFIDAVIT OF PETE BOTTING IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

STATE OF WASHINGTON)
: ss.
County of King )

I, PETE BOTTING, being first duly sworn on oath, say:

1. I am the Chairman and Chief Executive Officer of the W.A. Botting Company ("Botting"), a mechanical contractor based in Woodinville, Washington. I have personal knowledge of the events described herein and am competent to testify thereto.

2. I have been involved in the management and ownership of Botting for 37 years, and I have been in the mechanical contracting business for 41 years. One of my roles as Chairman and CEO is to meet with my estimating team and management team on the day of any major bid to discuss the estimate prepared by the estimating team and the bid assumptions and calculations used to develop the estimate.

3. I was involved in reviewing and finalizing the estimates prepared by Botting for two separate solicitations for the Bassett Hospital Replacement project. Botting submitted its first sub-bid on January 19, 2001 and its second sub-bid on December 11, 2001.

4. When preparing its first estimate for the project, Botting included a contingency for wage rate escalation because there was nothing in the first solicitation that indicated any means for Botting to receive a price adjustment for wage escalation. Determining and including a contingency for wage rate escalation is not uncommon for Botting because many of the projects it bids are multi-year projects.

5. I was involved in reviewing Botting's second estimate for the project, which was based on a second solicitation by the Government.

6. On the morning of the day the second sub-bid was due, I began working with Botting's estimating team to finalize the second sub-bid. The estimating team had not created new bid sheets when preparing for the second sub-bid. Instead, they had used the computer model from the first sub-bid and adjusted costs up or down as required by the modified terms of the second bid solicitation.

7. In my review of the second sub-bid, I saw that sheet No. 7 of the computer model, which includes "Other Direct Job Costs" ("ODJC") costs, had already been finalized by the estimating team and the amounts had been carried forward from sheet No. 7 to sheet No. 1, the final bid sheet. ODJC is the line item where Botting normally includes its cost estimate for general conditions items, as well as for certain specialty items such as supervisor per diem, supervisor travel allowance, premium for the cost of supervisors not available in the Fairbanks area, and the like.

8. When I reviewed the estimating team's worksheets, I determined that the amount listed in the estimate for ODJC still did not, in my estimation, have sufficient costs for specialized personnel for supervision and management of the project, even though due to increased time required to complete the Project and other reasons, the

ODJC amount had been increased from $3,087,893.00 in the first sub-bid bid to $4,171,996.00 in the second sub-bid.

9. Because of the limited labor market in Fairbanks, I anticipated that Botting would need to bring in from the lower states certain specialized personnel for supervision and management of the Project, including a Project Manager, Assistant Project Manager, Project Superintendent, and Project Engineer. These specialized personnel would demand higher than scale wage rates and would also require incidental costs (such as travel expenses, subsistence, etc.). I instructed the estimating team to add between $300,000 and $400,000 to Botting's second sub-bid for these costs.

10. The work duties of Botting's Project Manager, Assistant Project Manager, Project Superintendent, and Project Engineer positions are entirely managerial. Botting's supervisory and management positions are office positions. Individuals employed in these positions devote no time to the performance of manual or physical work, are compensated on a salary basis (exclusive of board, lodging or other expenses), and are responsible for directing the work of dozens of other Botting employees and lower-tier subcontractors. The recommendations and suggestions of Botting's managerial personnel as to the hiring, firing, advancement and promotion of other employees are given particular weight.

11. In reviewing the second sub-bid I also found that sheets 3, 4 and 5 of Botting's computer model still included the $306,575.00 amount that had been included in the first sub-bid. Those line items were titled "ESCAL" and were for the 2003 and 2004 periods. We discussed that the amounts in those line items were no longer

needed because of the EPA clause in the second solicitation and should therefore be reduced to zero.

12. Because of time constraints in the final bid preparation and the fact that we had been having trouble with our bidding program carrying forward sheet No. 7 items on prior jobs, the estimating team decided to insert the additional ODJC costs I requested in the ESCAL bid line items, rather than attempt to create new line items. This was done by adding manhours to the ESCAL items and by leaving the prior rates of $1.25 and $2.50 in the worksheet, which then spread the cost throughout the recap sheets in bid items 160, 161, 217, 218, 274, and 275. The total amount included in these bid items was $315,151.00. Accordingly, the $306,575.00 labor rate contingency that had been included in Botting's first sub-bid was eliminated and the amount of $315,151.00 was added to the second sub-bid to take care of my desire to increase the budget for ODJC type of costs. The estimating team did not change the labels of "ESCAL" due to lack of time.

13. In accordance with my instructions, when Botting personnel set up the budget after having been awarded a subcontract on the Project, they did not set up a labor escalation contingency budget item. The budget instead, as was the intent on bid day, reflected an amount to pay the cost of such specialty cost items as supervisor per diem, supervisor travel allowance, premium for the cost of supervisors not available in the Fairbanks area, and the like. Monthly job cost reports run throughout the life of the Project identify and measure the performance of these cost items. Attached hereto as Exhibit A is a true and correct copy of the portion of Botting's final job cost report

showing amounts paid by Botting towards the ODJC budget items for management moving expenses, housing, and travel expenses.

14. The hourly labor cost included in Botting's first sub-bid, including the $306,575.00 for escalation, was a blended rate of $51.67 per hour. The second sub-bid resulted in a blended rate of $50.59 per hour and did not include any cost for escalation, but did include ODJC costs of $315,151.00 for specialized labor, per diem, and the like. When the ODJC costs are removed and placed in their proper budget cost category, the hourly labor rate in Botting's second sub-bid is reduced to $49.17 per hour.

15. Botting's pricing for the second sub-bid did not include a contingency for escalation of the labor wage rates over the course of construction. At the time of submitting its bid, Botting expected to receive a price adjustment under the contract Economic Price Adjustment clause for any wage rate escalation.

16. Botting has incurred additional labor costs due to wage escalation, for which Botting has not been compensated. The estimated field labor base rate included in Botting's second sub-bid was derived from the union wage rate in effect at the time Botting submitted its second sub-bid to DPG, just as instructed by the specifications.

16. Botting's $1,492,106.05 total escalation cost is calculated based on Botting's union agreements, which call for annual increases in wage rates. These agreements specify the following annual increases from the base wage rate used by Botting when preparing its second sub-bid for the Bassett Hospital Replacement project:

| | |
|---|---|
| July 1, 2001 to July 1, 2002: | $2.15 per hour over base rate |
| July 1, 2002 to July 1, 2003: | $4.90 per hour over base rate |
| July 1, 2003 to July 1, 2004: | $7.90 per hour over base rate |
| July 1, 2004 to July 1, 2005: | $10.90 per hour over base rate |
| July 1, 2005 to July 1, 2006: | $12.40 per hour over base rate |

Attached hereto as Exhibit B is a true and correct copy of relevant portions of the Master Labor Agreement between the Plumbers and Steamfitters Local 375 and the Mechanical Contractors of Fairbanks, Inc., showing the local union contract rates for 7/1/03 through 7/1/07.

17. Botting has or will experience the following wage rate escalations by the end of this Project:

| | |
|---|---|
| July 1, 2001 to July 1, 2002: | $4,858.89 |
| July 1, 2002 to July 1, 2003: | $221,241.49 |
| July 1, 2003 to July 1, 2004: | $ 744,859.20 |
| July 1, 2004 to December 24, 2004: | $253,306.46 |
| December 27, 2004 to July 1, 2005: | $248,000.00 |
| July 1, 2005 to December 1, 2006: | $19,840.00 |
| TOTAL ESCALATION COST: | $1,492,106.05 |

Pete Botting

PETE BOTTING

SUBSCRIBED AND SWORN to before me this 26 day of June, 2006.

Janelle Bruhn

Notary Public in and for the State of Washington, residing at King County

My appointment expires: Aug 13, 2008

JANELLE S. BRUHN
COMMISSION EXPIRES
NOTARY PUBLIC
AUGUST 13, 2008
STATE OF WASHINGTON

CERTIFICATE OF FILING

I hereby certify that on this 29th day of June, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

//s//

ROBERT H. CRICK
1900 Bank of America Financial Center
601 West Riverside Avenue
Spokane, WA 99201
(509) 838-6131 telephone
(509) 838-1416 facsimile

WAB PCO 051R2

| Package Estimates | Budget | Hrs | Job Cost Report Original Bid day Breakdown | Budget | Hrs |
|---|---|---|---|---|---|
| Line 340 - (50% of Total) | $ 603,583 | 9984 | 00-1003L - Supervision (Roger) | $ 603,583 | 9984 |
| Line 340 - (50% of Total) | $ 603,583 | 9984 | 00-2003L - Supervision | $ 603,582 | 9984 |
| Line 369 - Project Manager | $ 486,886 | 8320 | 00-3002L - Project Manager - John | $ 486,886 | 8320 |
| Line 371 - Project Engineer | $ 240,240 | 6240 | 00-3003L - Project Engineer - Site Office & Safety | $ 240,240 | 6240 |
| Line 372 - Clerical | $ 144,144 | 6240 | 00-3004L - Clerical Staff | $ 144,144 | 6240 |
| **Subtotal Labor** | **$ 2,078,435** | **40768** | **Subtotal Labor** | **$ 2,078,435** | **40768** |
| Line 384 - Move in/out | $ 30,000 | | 00-3027O - Moving & Relocate Expence | $ 30,000 | |
| Line 349 - Housing for Super | $ 93,600 | | | | |
| Line 379 - Housing PM | $ 93,600 | | | | |
| Line 380 - Housing Asst. PM | $ 93,600 | | | | |
| Line 381 - Housing Project Engineer | $ 52,200 | | | | |
| **Subtotal Mgmt. Housing Rent** | | **$ 333,000** | 00-3028O - Management Housing Rental | $ 333,000 | |
| | | | 00-3029O - Management Housing Utilities | $ 10,772 | |
| Line 382 - PM,AST. PM & PE Travel | $ 28,600 | | | | |
| [illegible]83 - Executive Travel Exp. | $ 31,200 | | | | |
| **Airfare & Lodging** | | **$ 59,800** | 00-3030O - Airfare & Lodging Expence | $ 59,800 | |
| **[illegible]tal Material** | **$ 422,800** | | **Sub Total Material** | **$ 433,572** | |
| **Total (Labor & Material)** | **$ 2,501,235** | | **Total (Labor & Materials)** | **$ 2,512,007** | |

| | | JOB Cost Report (In-House C.O.s) Amount Added to budget to date: | |
|---|---|---|---|
| Line 160 ESCAL | $ 25,709 | | |
| Line 161 ESCAL | $ 119,977 | 00-1003L - Supervision (Roger) | $ 41,720 |
| Line 217 ESCAL | $ 24,565 | 00-2003L - Supervision | $ (4,839) |
| Line 218 ESCAL | $ 114,638 | 00-3002L - Project Manager - John | $ 172,700 |
| Line 274 ESCAL | $ 5,340 | 00-3003L - Project Engineer - Site Office & Safety | $ 45,000 |
| Line 275 ESCAL | $ 24,922 | 00-3004L - Clerical Staff | $ - |
| **Sustotal** | **$ 315,151** | 00-3027O - Moving & Relocate Expence | $ 82,700 |
| | | 00-3028O - Management Housing Rental | $ 28,000 |
| | | 00-3029O - Management Housing Utilities | $ - |
| | | 00-3030O - Airfare & Lodging Expence | $ 15,000 |
| | | **Subtotal Budget Increases** | **$ 380,281** |
| **Bid Day Pack (Labor & Materials)** | **$ 2,816,386** | **Job Cost Report Budget (Labor & Materials)** | **$ 2,892,288** |
| **Total over (under) estimated** | **$ (75,902)** | | |

EXHIBIT A

WAB 0042

**Revised Cost Report budgets to date: August Reports As of : 08/31/04**

| | WAB JOB COST REPORT BUDGETS | | | JOB TO DATE COST | | |
|---|---|---|---|---|---|---|
| | 878 | 8903 | Total | 878 | 8903 | Total |
| 00-1003L - Supervision (Roger) | $ 306,878.00 | $ 338,425.00 | $ 645,303.00 | $ (289,392.00) | $ (437,600.00) | $ (726,992.00) |
| 00-2003L - Supervision | $ 244,289.00 | $ 354,454.00 | $ 598,743.00 | $ (221,443.00) | $ (270,580.00) | $ (492,023.00) |
| 00-3002L - Project Manager - John | $ 301,422.00 | $ 358,164.00 | $ 659,586.00 | $ (344,707.00) | $ (243,941.00) | $ (588,648.00) |
| 00-3003L - Project Engineer - Site Office & Safety | $ 129,700.00 | $ 155,540.00 | $ 285,240.00 | $ (125,384.00) | $ (83,848.00) | $ (209,232.00) |
| 00-3004L - Clerical Staff | $ 50,820.00 | $ 93,324.00 | $ 144,144.00 | $ (48,459.00) | $ (43,456.00) | $ (91,915.00) |
| 00-3027O - Moving & Relocate Expence | $ 47,700.00 | $ 65,000.00 | $ 112,700.00 | $ (47,700.00) | $ - | $ (47,700.00) |
| 00-3028O - Management Housing Rental | $ 128,000.00 | $ 233,000.00 | $ 361,000.00 | $ (149,748.00) | $ (147,388.00) | $ (297,136.00) |
| 00-3029O - Management Housing Utilities | $ 5,350.00 | $ 5,422.00 | $ 10,772.00 | $ (14,043.00) | $ (19,325.00) | $ (33,368.00) |
| 00-3030O - Airfare & Lodging Expence | $ 45,000.00 | $ 29,800.00 | $ 74,800.00 | $ (46,494.00) | $ (56,882.00) | $ (103,376.00) |
| **Total Project Budgets** | **$ 1,259,159.00** | **$ 1,633,129.00** | **$ 2,892,288.00** | **$ (1,287,370.00)** | **$ (1,303,020.00)** | **$ (2,590,390.00)** |

Please note; these amount are based on the job cost reports. Have not reviewed the In-house changes that were used to make these revised amounts.

Also note; 00-1003L for example. The Cost to date total includes more than just Rogers time????
We will need to do a breakdown of who charged to all accounts.

**WAB 0043**

## *APPENDIX IV*

### *LOCAL CONTRACT RATES FOR 7/1/03 - 6/30/07*

The total package of wage and benefits listed below will be allocated in the future.

| 7/1/03-6/30/04 | 7/1/04-6/30/05 | 7/1/05-6/30/06 | 7/1/06-6/30/07 |
|---|---|---|---|
| $46.76 | $49.76 | $52.01 | $52.76 |