# In the United States Court of Federal Claims

Case No. 05-462C
(Filed: July 14, 2006)

****************************************************
DICK PACIFIC/GHEMM, J*V*, on behalf of W.A. Botting Company,
*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*
****************************************************

## ORDER

The **Clerk of the Court is directed to strike from the record** Plaintiff's Motion for Summary Judgment and Memorandum in Support thereof; Affidavits of Pete Botting, Michael Burrus, and Robert H. Crick in support of Plaintiff's Motion for Summary Judgment; and Plaintiff's Proposed Findings of Uncontroverted Facts **(Docket Nos. 18-22), electronically filed on June 29, 2006.** The following deficiencies under the Rules of the U.S. Court of Federal Claims (RCFC) are noted:

(1) The documents are not signed by the attorney of record, Robert H. Crick (RCFC Rules 11 and 83.1(c)(2)).

(2) Brief, supporting memorandum and affidavits shall be attached to motion (RCFC 7(b)).

(3) Table of Contents/Index to Appendix is missing (RCFC Rule 5.2(a)(1)(A)).

Moreover, the parties are referred to this Court's Orders of December 19, 2005 and June 26, 2006: Fact Discovery will close on July 31, with a Joint Status Report on further proceedings due at that time. Parties are ordered to **refrain from filing any further documents** until the Court has reviewed the Joint Status Report.

As a reminder, the parties are referred to this Court's Special Procedures Order filed May 10, 2005, which requests that parties file a **Consolidated Statement of Uncontroverted Facts** in lieu of individual Statements of Fact.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge