# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV,<br>On behalf of W. A. Botting Company,<br>Plaintiff<br><br>v.<br><br><br>THE UNITED STATES<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 05-462C<br>(Judge Baskir) |

## JOINT STATUS REPORT

Pursuant to this Court's orders dated December 19, 2005 and June 26, 2006, the parties to this action, by and through their undersigned counsel, respectfully submit the following Joint Status Report.

## I. Discovery

Pursuant to this Court's order, the parties have completed all discovery relating to liability in this matter.

## II. Further Proceedings

Dick Pacific/Ghemm, JV and W. A. Botting Company intend to file a dispositive motion for summary judgment on liability, pursuant to Rule 56 of the Rules of the United States Court of Federal Claims. The Government may file a cross-motion for summary judgment. In accordance with the Court's May 10, 2005 special procedures order, the parties will jointly file a

consolidated statement of facts in connection with these motions in lieu of separate proposed findings of fact. The parties propose that the briefing follow the schedule set forth in the Rules of the United States Court of Federal Claims, with the consolidated statement of facts to be filed 14 days after the final brief in this matter.

If this motion is not completely dispositive of this action, the parties anticipate proceeding to trial on liability. If necessary, the parties propose submitting a trial schedule, including the number of days for trial and the number of witnesses the parties intend to call, within 30 days of the resolution of the parties' motions.

## III. Settlement and Alternative Dispute Resolution

The parties will pursue settlement negotiations in good faith as the litigation progresses. The Government does not believe that Alternative Dispute Resolution would be productive at this time. Dick Pacific/Ghemm, JV and W. A. Botting Company do not object to Alternative Dispute Resolution .

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Robert Crick
ROBERT CRICK
Winston & Cashatt, Lawyers
601 West Riverside Avenue
1900 Seafirst Financial Center
Spokane, WA 99201-0695

Attorney for Plaintiff

July 31, 2006

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

July 31, 2006

## CERTIFICATE OF FILING

I hereby certify that on this 31st day of July, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice