# In the United States Court of Federal Claims

Case No. 05-462C
(Filed: August 14, 2006)

**************************************************
DICK PACIFIC/GHEMM, J*V*, on behalf of *
W.A. Botting Company, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

The Court is in receipt of the parties Joint Status Report filed on July 31, 2006. However, parties were vague as to when the briefs were going to be filed. **Parties are ordered to file another Joint Status Report no later than August 25, 2006, to include proposed dates when briefs shall be filed.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge