## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV,<br>On behalf of W. A. Botting Company,<br>Plaintiff<br><br>v.<br><br><br>THE UNITED STATES<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 05-462C<br>(Judge Baskir) |

## JOINT STATUS REPORT

Pursuant to this Court's order dated August 14, 2006, the parties to this action, by and through their undersigned counsel, respectfully submit the following Joint Status Report, setting forth a schedule for the filing of motions in the above captioned matter.

Plaintiff will file its motion for summary judgment, pursuant to Rule 56 of the Rules of the United States Court of Federal Claims ("RCFC"), by September 1, 2006. Defendant will file its response to this motion by September 29, 2006. Plaintiff will file its reply brief by October 13, 2006. In accordance with this Court's special procedure's order, the parties shall jointly file a Consolidated Statement of Uncontroverted Fact by October 27, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Robert Crick
ROBERT CRICK
Winston & Cashatt, Lawyers
601 West Riverside Avenue
1900 Seafirst Financial Center
Spokane, WA 99201-0695

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorney for Plaintiff

August 25, 2006

Attorneys for Defendant

August 25, 2006

**CERTIFICATE OF FILING**

I hereby certify that on this 25th day of August, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice