IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DICK PACIFIC/GHEMM, JV, on behalf of W.A. Botting Company,<br>Plaintiff,<br>vs.<br>THE UNITED STATES,<br>Defendant. | No. 05-462C<br><br>(Judge Baskir) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Dick Pacific/Ghemm, JV ("DPG"), on behalf of W.A. Botting Company ("Botting"), moves pursuant to RCFC 56 for an order granting Summary Judgment, declaring that an Equitable Price Adjustment under FAR 52.216-4 is warranted in an amount to be quantified pursuant to the contract terms at the completion of the project, representing field labor wage escalation costs incurred by Botting, plus interest from the date of appeal.

Alternatively, Botting requests the Court declare that an Economic Price Adjustment under FAR 52.216-4 is warranted in at least the amount of field labor wage escalation costs, to be quantified as outlined above, but reduced by $315,151.00, which is the amount the Government alleges Botting included in its sub-bid as a contingency for labor escalation, and

further order that the issue of whether that amount was a contingency be reserved for later determination.

DATED this 31st day of August, 2006.

//s//
ROBERT H. CRICK, ESQ
WINSTON & CASHATT
Attorneys for Plaintiff
1900 Bank of America Financial Center
601 West Riverside
Spokane, WA 99201
(509) 838-6131 telephone
(509) 838-1416 facsimile

Of Counsel:

PATRICK A. SULLIVAN, ESQ
JOHN H. GUIN, ESQ
WINSTON & CASHATT
1900 Bank of America Financial Center
601 W Riverside Ave.
Spokane, WA 99201
(509) 838-6131
(509) 838-1416 facsimile

ERIK D. EIKE, ESQ.
707 Richards Street, Suite 201
Honolulu, HI 96813
(808) 537-5950
(808) 537-5955 facsimile

CERTIFICATE OF FILING

I hereby certify that on this 31st day of August, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

//s//

ROBERT H. CRICK
1900 Bank of America Financial Center
601 West Riverside Avenue
Spokane, WA 99201
(509) 838-6131 telephone
(509) 838-1416 facsimile