# DEFENDANT'S APPENDIX

## INDEX TO DEFENDANT'S APPENDIX

**DOCUMENT** **PAGE(S)**

Solicitation, Offer and Award (SF1442) and attached Proposal Schedule (award date February 19, 2002) . . . . . . . . . . . 1-4

Contract Section 0100, Instructions, Conditions and Notice to Offerors; Paragraph 13, Volume III Price Proposal. . . . . . . . . . 5-6

Letter from Dick Pacific/GHEMM to Government (March 4, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-8

Excerpts from Dick Pacific/GHEMM Subcontract Agreements with W.A. Botting Company (May 16, 2002) . . . . . . . . . . . . . . . . 9-14

Letter from Government to Dick Pacific/GHEMM (July 17, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Letter from Dick Pacific/GHEMM to Government (August 13, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-17

Letter from Dick Pacific/GHEMM to Government (May 8, 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-21

Letter from Government to Dick Pacific/GHEMM (August 19, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-23

Letter from Dick Pacific/GHEMM to Government (August 26, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-26

Letter from Government to Dick Pacific/GHEMM (September 3, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Letter from Dick Pacific/GHEMM to Government (September 20, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28-30

Letter from Government to Dick Pacific/GHEMM (October 26, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-32

Government Memorandum for Record (with attached e-mails)
(November 4, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33-35

Findings of Fact and Contracting Officer's Decision,
Government Serial Letter No. FTW171B-2130
(March 11, 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36-48

W.A. Botting Company Original Bid Breakdown
(March 11, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49-54

Excerpt from DCAA Contract Audit Manual
(January 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55-57

Excerpt from DCAA Contract Audit Manual
(January 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58-60

Excerpts from Deposition Upon Oral Examination of
Michael Burrus (July 18, 2006) . . . . . . . . . . . . . . . . . . . . . . . . 61-67

Excerpts from Deposition Upon Oral Examination of
Pete Botting (July 17, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . 68-74

Excerpts from Deposition Upon Oral Examination of
Jason McDonald (July 19, 2006) . . . . . . . . . . . . . . . . . . . . . . . 75-78

Excerpts from Deposition Upon Oral Examination of
Karen Langeberg (July 19, 2006) . . . . . . . . . . . . . . . . . . . . . . . 79-83

Excerpts from Deposition Upon Oral Examination of
Janelle Bruhn (July 19, 2006) . . . . . . . . . . . . . . . . . . . . . . . . 84-91

Excerpts from Deposition Upon Oral Examination of
Kevin O. Williams (March 30, 2006) . . . . . . . . . . . . . . . . . . . . . 92-96

Botting Bid Sheet No. 7 (ODJC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97