**SOLICITATION, OFFER, AND AWARD**
*(Construction, Alteration, or Repair)*

| 1. SOLICITATION NUMBER | 2. TYPE OF SOLICITATION | 3. DATE ISSUED | PAGE OF PAGES |
|---|---|---|---|
| DACA85-02-R-0001 | ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 10 OCT 01 | |

IMPORTANT - The "offer" section on the reverse must be fully completed by the offeror.

| 4. CONTRACT NUMBER | 5. REQUISITION/PURCHASE REQUEST NUMBER | 6. PROJECT NUMBER |
|---|---|---|
| DACA85-02-C-0004 | SEE INCORPORATION DOCUMENT | FTW 241 BASSETT HOSP. REPLACE. |

7. ISSUED BY CODE DACA85

US ARMY ENGINEER DISTRICT, ALASKA
CEPOA-CT (DACA85)
PO BOX 898
ANCHORAGE, AK 99506-0898

8. ADDRESS OFFER TO

AM01..US Army Engineer District, Alaska
~~2204-3rd Street~~
~~Elmendorf-AFB~~, Alaska 99506
...AM01
Mailing: PO Box 898
Anchorage, AK 99506-0898

AM#1...DELIVER TO:
FEDERAL COURTHOUSE
222 W 7TH AVE, RM 153
ANCHORAGE, AK
(Bet 8:00am & 2:00pm)
...AM#1

9. FOR INFORMATION CALL ▶ A. NAME: DANIEL J WERKMEISTER B. TELEPHONE NUMBER *(Include area code) (NO COLLECT CALLS)*: (907)753-2555

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying number, date)*:

NAICS: 233320 - Commercial and Institutional Building Construction
PROJECT TITLE/LOCATION: Bassett Hospital Replacement, Ft Wainwright, Alaska
OPEN TO LARGE AND SMALL BUSINESSES
DESCRIPTION OF WORK: **SEE ATTACHED**

11. The Contractor shall begin performance within 10 calendar days and complete it within ______ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☐ mandatory, ☒ negotiable. *(See* SCR-1 (also calendar days) *.)*

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE PAYMENT BONDS?
*(If "YES," indicate within how many calendar days after award in Item 12B.)*
☒ YES ☐ NO

12B. CALENDAR DAYS: 7

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ~~"1"~~ AM#1...SEE SECTION 00100, PARA 10...AM#1 copies to perform the work required are due at the place specified in Item 8 by 2:00 PM *(hour)* local time AM#1..~~10-DEC-01~~ 11 DEC 01..AM#1 *(date)*. If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required. AM#1..**SEE BLOCK 8 FOR WHERE TO DELIVER PROPOSALS**..AM#1

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

7540-01-155-3212
Designed using Perform Pro, WHS/DIOR, Oct 96
1442-103
STANDARD FORM 1442 (REV. 4-85) (EG)
Prescribed by GSA - FAR (48 CFR) 53.236-1(d)



COE_000345

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
DICK PACIFIC/GHEMM JV
500 WEST 33RD AVENUE, SUITE 220
ANCHORAGE, AK 99503
DUNS NO.: 03-722-0501 CAGE NO.: 1WMG9
TIN NO.: 92-0176724

15. TELEPHONE NUMBER *(Include area code)*
(907) 770-1477 FAX: (907) 770-1478

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

CODE FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ______ calendar days after the date offers are due. *(Insert any number equal or greater than the minimum requirement stated in 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶ SEE ATTACHED PROPOSAL SCHEDULES

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGEMENT OF AMENDMENTS**
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 0001 | 0002 | 0003 | 0004 | 0005 | 0006 | 0007 | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | 11/21/01 | 12/4/01 | 12/13/01 | 12/18/01 | 1/4/02 | 1/8/02 | 1/30/02 | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*
JAMES C. RAMIREZ, SR., V.P., DICK PACIFIC
ALBERT BELL, PRESIDENT GHEMM Company

20B. SIGNATURE
[signatures]

20C. OFFER DATE
February 4, 2002

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED
0001 - $172,009,000.00
0002 - $6,184,000.00
0008 - $39,000.00
0009 - $24,000.00
0010 - $33,000.00

22. AMOUNT
$178,289,000.00

23. ACCOUNTING AND APPROPRIATION DATA
SEE INCORPORATION DOCUMENT

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

26. ADMINISTERED BY CODE
U.S ARMY ENGINEER DISTRICT, ALASKA
ATTN: CEPOA-CO-NA-WR
WAINWRIGHT RESIDENT OFFICE
P.O. BOX 35066
FORT WAINWRIGHT, AK 99703-0066

27. PAYMENT WILL BE MADE BY
U.S. ARMY ENGINEER DISTRICT, ALASKA
C/O USACE FINANCE CENTER
5720 INTEGRITY DRIVE
MILLINGTON, TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ______ copies to the issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☒ 29. AWARD. *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
Madonna S. Southcott

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA
BY Madonna S. Southcott

31C. AWARD DATE
19 Feb 02

STANDARD FORM 1442 BACK (REV. 4-85)



COE_000346

FOR OFFICIAL USE ONLY

PROPOSAL SCHEDULE DACA85-02-R-0001,
BASSETT HOSPITAL REPLACEMENT Amendment R0001
FORT WAINWRIGHT, ALASKA

| Item No. | Description | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **BASE ITEMS** | | | | |
| 0001. | Construct Hospital Replacement within the Hospital 1.5m lines, except Optional Items, complete. | 1 | Lump sum | $172,009,000 | $172,009,000 |
| 0002. | Construct Site Work and utilities beyond the hospital 1.5m lines, except Optional Items, complete. | 1 | Lump sum | $6,184,000 | $6,184,000 |
| | Total of Items 0001 and 0002 | | | | $178,193,000 |
| | **OPTIONAL ITEMS** | | | | |
| AM #1...0003. | Option No. 1- Excavate and stockpile "High Concentration" POL-contaminated soil from utilidor and other site utilities excavations, including sampling and testing, complete. Subject to clause 52.211-18, variation in estimated quantity, Section 00700. | 1,600 | C.M. | $ 37 | $ 59,200 |
| 0004. | Option No. 2- Excavate and stockpile "High Concentration" POL-contaminated soil other than Option No. 1, including sampling and testing, complete. Subject to clause 52.211-18, variation in estimated quantity, Section 00700. ...AM #1 | 2,400 | C.M. | $ 37 | $ 88,800 |
| 0005. | Option No. 3- Provide landscape plantings, outside the circular drive (see Landscape drawings), complete. | 1 | Lump sum | $ 215,000 | $ 215,000 |



FOR OFFICIAL USE ONLY



Change 2 - Dated February 4, 200

COE_000347

FOR OFFICIAL USE ONLY

| Item No. | Description | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AM #1...0006. | Option No. 4- NOT USED ...AM #1 | | | | |
| 0007. | Option No. 5- Sub. Keyless entry door hardware for base hardware (see Sections 08100 and 08700), complete. | 1 | Lump sum | $246,000 | $246,000 |
| AM #1...0008. | Option No. 6- Site Monitoring & Surveillance System to include Purchase, installation, and Training, complete. | 1 | Lump sum | $39,000 | $39,000 |
| 0009. | Option No. 7- Monitoring & Surveillance System Maintenance, complete. | 60 | Months | $400 | $24,000 |
| 0010. | Option No. 8- Site Monitoring & Surveillance System, relocation of a camera/transmitter, pole, & Power. | 12 | Each | $2,750 | $33,000 |
| 0011. | Base line items 0001 and 0002 are subject to clause 52.216-4, Economic Price Adjustment-Labor and Materials. Established labor rates and fringes as set forth for laborers and mechanics in Davis-Bacon General Decision Number AK010001 and AK010006, dated 10/19/01 in section 0700A are subject to Adjustment. The quantities of labor allocable to each line item shall be established during the pre-award DCAA audit. Government evaluated EPA adjustments will be reflected as sub-line item under 0011 after contract award. | | | | |

Total of Items 0003 thru 0011 $705,000

Total of Base (0001 and 0002) and Optional (0003 thru 0011) Items $178,898,000.AM #1



FOR OFFICIAL USE ONLY



Change 2 - Dated February 4, 2002

~~electronic e-mail transmission within seven (7) calendar days after the closing date of the RFP. Currently, the location of the oral presentation will be at the U.S. Army Engineer District, Alaska District, Building 2204, Third street, Elemendorf AFB, Alaska~~ after the closing date of the RFP. **...AM#1**

Once the offeror is notified of the scheduled date and time for their presentation, offerors shall complete their presentations on the scheduled date and time.

The time allowed for the oral presentation is a total of **AM#1...** ~~40~~ 50 minutes. This ~~40~~ 50-minute **...AM#1** period shall consist of the following time limitations:

10 minutes: Set-up time prior to the scheduled oral presentation

**AM#1...** ~~20~~ 30 minutes: Time allowed for oral presentation from the offeror to the Government's Evaluation Board **...AM#1**

10 minutes: Time allowed for questions from the Government's Evaluation Board and offeror responses

No more than four (4) contractor personnel will be allowed to be present during the oral presentation. Only the offeror's briefer or designated representative will be allowed to answer the Government's questions. The order of the oral presentation will be determined randomly by the Contracting Officer in the presence of two other Evaluation Board members. The Government will record the oral presentation via video tape, voice recording, or court reporter. Offerors will be provided a copy of the recorded presentation upon request. Any handouts provided to summarize the presentation, organization charts and outline qualifications for key personnel must be limited to 10 written pages of standard letter size paper (single sided). If handouts are used, 10 copies should be provided. The Offeror is responsible to provide their own computer equipment and all other accessories necessary to conduct their oral presentation.

## 12. VOLUME II - SUBCONTRACTING PLAN AND SMALL BUSINESS PARTICIPATION

The offeror shall submit, in Volume II, a subcontracting plan in accordance with FAR 52.219-9 and the attached sample subcontracting plan and clearly indicate which subcontractors will be involved with which portions of the work. Volume II - Subcontracting Plan and Small Business Participation, may be submitted 48 hours after the required submission time and date for Volumes I and III. If the Offeror is a Small Business, submission of Volume II is not required, the Offeror will be given full credit for this evaluation factor. Every attempt should be made by the offeror to meet the goals described in FAR 52.219-9. However, the Corps Engineers understands that some of these goals may be difficult to achieve on large contracts that include various specialty areas of subcontracting. In the event that the offeror is unable to commit to the government's goals, the offeror should explain the specific efforts undertaken to establish the planned goals, the results of these efforts, and provide a statement of commitment to improvement in an attempt to meet the government's goals. These explanations will be taken into consideration by the government's evaluation board during proposal evaluation. In addition to the requirements of FAR 52.219-9, the plan shall also address each of the goals set forth in the sample Subcontracting Plan provided at the end of this section.

<u>Subcontracting Plan's Small Business Participation Goals.</u> Offerors should strive to place subcontracts to meet the following goals: 61.4% of the work subcontracted should be Small Businesses including 9.1% Small Disadvantaged Businesses, 5% Women-Owned Small Businesses, 3% Service-Disabled Veteran-Owned small business, and 2.5% HUBZone small business. An Indian tribe or tribally owned corporation does not have to qualify as a small business concern to be counted toward the Small Disadvantaged Business Goals. If an offeror feels these proposed goals are unattainable, the offeror shall provide an explanation in their proposal of their difficulties in achieving the proposed goals in sufficient detail to show the basis of their rationale.

<u>Usage on Past Projects</u>. The offeror will provide small business goals and achievements for the projects included in TAB A, Subfactor (1), PRIME CONTRACTOR EXPERIENCE as requested on the Project Experience Form. If any goal was not met, the offeror needs to provide an explanation why.

## 13. VOLUME III - PRICE PROPOSAL:

The offeror shall submit, in Volume III, the price information to be evaluated (to include Standard Form 1442 and section 0600, Representation and Certification). Volume III will not be rated but will be subjectively evaluated to

determine the reasonableness, affordability and realism of the price data. All optional bid items shall be clearly identified. In addition, the offeror shall submit, for evaluation purposes, a price breakdown structure PBS as shown in Attachment "A." The total price in the price breakdown structure PBS shall match the total price in the proposal schedule for the base items No's (0001 and 0002).

A. Prior to award of the contract, the successful offeror shall be prepared to furnish costinformation to assist DCAA (Defense Contract Audit Agency) for establishment of a baseline quantity of labor for future economic price adjustments. The following information may be requested from any offeror prior to contract award:

1. Direct Labor Rates:

a. If Davis Bacon wage determination is used, identify rate categories used (e.g.., operator 1, operator, etc.)
b. If union rates are used, provide the latest negotiated union agreement
c. If labor rates are based on current employees, provide copies of latest payroll records
d. Provide breakdown of burdened labor rates (e.g., FICA, FUTA, Alaska Unemployment, Worker's Comp, etc.)
e. Provide copies of Worker's Comp insurance policy, General Liability insurance policy (if applicable), and Alaska ESC rate

2. Equipment:

a. For owned equipment, if available, provide accounting records that show the costs for each individual piece of equipment
b. For owned equipment, if equipment rates are based on predetermined rates (i.e., the Corps of Engineers manual or Blue Book), provide the calculation of equipment rates and identify the code for that equipment and any adjustments made (i.e., fuel, age, etc.)
c. For owned equipment, provide calculations of any equipment standby rates
d. For rented equipment – provide rental agreements or quotes

3. Subcontracts and Other Direct Costs:

a. Provide any subcontract analysis performed by your company on competitive subcontractor quotes
b. For major subcontractors, provide the same labor, equipment, and indirect rate breakdown as for the prime contractor
c. Provide quotes, catalog prices, or historical prices for high dollar items

4. Indirect Rates:

a. Budgetary forecasts of indirect rates for the entire period of contract performance
b. Financial statements for the past three contractor fiscal years
c. Evidence that FAR unallowable per FAR Part 31.205 and costs that are proposed direct (e.g., equipment, insurance) are removed from the indirect cost pool.

## 14. FORMAT OF PROPOSAL

A. Submit your proposal packages to the Corps of Engineers at the address shown in Block 8 of Standard Form 1442.

B. The Government must receive your proposal no later than the time and date specified in Block 13 of Standard Form 1442. Volume II - Subcontracting Plan and Small Business Participation, may be submitted 48 hours after the proposal due date specified in Block 13 of Standard Form 1442.

C. Submit your proposal in three volumes. The first volume shall include the defined technical requirements. The second volume shall include the Subcontracting Plan and Small Business Participation. The third volume shall have the price information as described in paragraph 13 above.

*DICK PACIFIC / GHEMM Joint Venture*

**Solicitation No. DACA85-02-C-0001**
**BASSETT HOSPITAL REPLACEMENT**
**Fort Wainwright, Alaska**

March 4, 2002

Serial No.: 001

Mr. Daniel Werkmeister
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 898
Anchorage, AK 99506-0898

Subject: DACA85-02-C-0001
**Bassett Hospital Replacement, Ft. Wainwright, Alaska**
**Audit Information**

Dear Sir:

In response to Amendment 0001, Section 0100, page 6, we are aware that certain information is needed for review by the DCAA prior to the notice to proceed. We understand that the purpose of the audit is to ensure that the government establishes a cost baseline prior to work activities commencing.

In the short period of time after award of the contract, we have been able to gather information relating to the direct labor rates, equipment rates as outlined, and indirect rates. However, since we are still in the process of meeting with subcontractors to finalize their subcontractor agreements of which this activity could take many weeks, we are unable to complete this part of the audited items.

With this situation and to allow the notice to proceed to be issued based on the current information being provided, we will submit the cost information for subcontractors prior to starting any subcontracting activities. For example, we would not start any mechanical work until cost information on the mechanical sub is submitted.

Summarized below is the listing of the attachments:

1. Direct Labor Rates:

b. Copies of the labor rates from the following union agreements:

- Carpenters Union
- Laborers Union
- Masons Union
- Operating Engineers Union

d. Breakdown of burdened labor rates (FICA, FUTA, Alaska Unemployment, Worker's Comp, etc.).

e. Copies of Worker's Compensation Insurance policy and General Liability Insurance policy.

*DICK PACIFIC / GHEMM Joint Venture*

**Solicitation No. DACA85-02-C-0001**
**BASSETT HOSPITAL REPLACEMENT**
**Fort Wainwright, Alaska**

March 4, 2002
Mr. Daniel Werkmeister
Page 2

2. Equipment:

b. For Joint Venture owned equipment, copy of method of calculating rental rates.

d. For rental equipment, copy of rate quotes from Airport Equipment Rentals.

3. Subcontracts and Other Direct Costs:

The requested information is not as yet available as no subcontracts have been issued at this time. As subcontracts are executed and, prior to starting any work covered by the subcontract, all required information will be submitted.

4. Indirect Rates:

b. Financial statements for fiscal years 1999 and 2000.

If you have any questions, please feel free to call our point of contact, Tom Ojala, at (907) 770-1477.

Sincerely,
**Dick Pacific/GHEMM JV**

James C. Ramirez
Senior Vice President

Cc: Ken Larson – letter only
Rich Hancock – letter only

Bert Bell – letter & attachment
Tom Ojala – letter & attachment