RECEIVED
DICKPACIFIC GHEMM JV
NOV 4 2002

*DICK PACIFIC / GHEMM Joint Venture*

## SUBCONTRACT AGREEMENT

DICK PACIFIC/GHEMM, JV

| | |
|---|---|
| PROJECT:<br>BASSETT HOSPITAL REPLACEMENT<br>Contract No. DACA85-02-C-0004 | JOB NO. 752600<br>SUBCONTRACT NO. 752600-02<br>COST ACCOUNT NO. 752600-1303-153010 |
| RETENTION: Per Contract Documents | SUBCONTRACTOR:<br>Federal I.D. 91-0671974 |
| BONDS:<br>(X)PERFORMANCE:<br>100% of Total Subcontract Price<br>( )PAYMENT<br>of Total Subcontract Price<br>( )NO BONDS REQUIRED<br>PREMIUM PAID BY:<br>W. A. Botting Company<br>COMPLETION DATE: November 1, 2005 | Alaska Contractor's License No. 21739<br><br>W.A. Botting Company<br>P.O. Box 1200<br>20300 Woodinville-Snohomish Road, Suite 200<br>Woodinville, Washington 98072<br><br>PH: (425) 483-7500 Fax: (425) 483-7610 |

THIS SUBCONTRACT AGREEMENT ("Agreement") is dated: May 16, 2002.

The Parties to this Agreement are: W.A. Botting Company, 20300 Woodinville-Snohomish Road, Suite 200, Woodinville, Washington 98072 ("Subcontractor"), and DICK PACIFIC / GHEMM, JOINT VENTURE, P.O. Box 35490, Fort Wainwright, Alaska 99703 ("Contractor"). Subcontractor and Contractor agree as follows.

SECTION 1 - CONTRACT DOCUMENTS

(a) Prime Contract. Contractor has executed a Prime Contract with: U.S. ARMY ENGINEER DISTRICT, ALASKA dated FEBRUARY 19, 2002 ("Owner"), for complete performance of the following work:

Item No. 0001: Construct Hospital replacement within the Hospital 1.5m lines, except Optional Items, complete.

Item No. 0002: Construct Site Work and utilities beyond the hospital 1.5m lines, except Optional Items, complete.

Item No. 0008 - Option No. 6: Site Monitoring & Surveillance System to include Purchase, installation, and training.

Item No. 0009 - Option No. 7: Monitoring & Surveillance System Maintenance, complete.

Item No. 0010 - Option No. 8: Site Monitoring & Surveillance System, relocation of a camera/transmitter, pole, & power.

Including Amendments 0001 through 0007

("Project"). The Prime Contract, together with its addenda, supplements, amendments, changes or additions, and the Plans and Specifications listed in Exhibit A constitute the Contract Documents.

(b) Subcontractor Bound by Contract Documents. Pursuant to this Agreement, the Subcontractor agrees to perform a portion of Contractor's scope of work under the Contract Documents in compliance with Contractor's duties, obligations and responsibilities to the Owner. Except as may be expressly provided otherwise in this Agreement, the Subcontractor is bound to the Contractor, and the Contractor is bound to the Subcontractor, by the terms and conditions of the Contract Documents. ~~and assumes toward Contractor all the obligations and responsibilities that Contractor, by those documents, assumes toward the Owner.~~ Subcontractor assumes toward Contractor all obligations and responsibilities that Contractor, by those documents, assumes toward the Owner, and conversely, Contractor assumes toward Subcontractor all obligations and responsibilities that Owner, by those documents, assumes toward the Contractor, as applicable to Subcontractor, except to the extent provided otherwise in this Subcontract. Subcontractor's rights and remedies against Contractor under this Agreement shall be limited by and shall not exceed Contractors rights and remedies against the Owner under the Prime Contract. Subcontractor shall not have any direct contact with the Owner or Architect on this Project without Contractor's prior approval. The provisions of the Subcontract and the Contract Documents are intended to supplement and compliment each other. If, however, any provisions of this Subcontract irreconcilably conflict with another provision or with a provision of the Contract Documents, the provision imposing the greater duty on the Subcontractor shall govern.

(c) Subcontractor Review of Contract Documents. Subcontractor acknowledges it has inspected the Contract Documents pertinent or applicable to its scope of work and its rights and responsibilities under this Agreement.

(d) Discrepancies or Errors. Subcontractor shall inspect and examine all portions of the Contract Documents as pertain to or may affect its work. Subcontractor shall notify Contractor in writing of any discrepancy, error or inconsistency discovered in the Contract Documents as soon as possible and prior to commencement of its work.

(e) ~~Preliminary Contract Documents. If this Subcontract is based on preliminary, outline or otherwise unfinished Plans, Specifications or other Contract Documents, the Subcontractor accepts responsibility for cooperating and coordinating with Contractor, Owner, Architect and Engineer during the development of final Plans, Specifications or other Contract Documents so as not to impose additional work or cost on Contractor or other Subcontractors, or to cause an increase in the Subcontract Price. If the final Plans and Specifications or other Contract Documents change the scope or character of the work under this Subcontract, then the Subcontract Price will be equitably adjusted based on the extent of such changes, subject to Contractor's receipt of an equivalent adjustment under the Prime Contract.~~

(f) Subcontractor Independent Investigation. Subcontractor certifies that it has conducted its own investigation and is not relying upon any opinion or representation of Contractor regarding the following:

(i) All portions of the Contract Documents applicable to its work;

(ii) The location of the job site; and

(iii) The conditions under which the work is to be performed.

SECTION 2 - SCOPE OF WORK

(a) Work Required of Subcontractor. Subcontractor agrees to furnish all labor, services, materials, installation, cartage, hoisting, supplies, insurance, equipment, scaffolding, tools and other facilities of every kind and description required for the prompt and efficient performance of all of the Work described in subsection (b), including all work required that is not noted in detail in the Plans and Specifications, but nevertheless is necessary for the completion of Subcontractor's work for the Project in accordance with the Contract Documents. All such work is included in Subcontract Price, and no extra work claim shall be made for any amount incurred by Subcontractor to meet the requirements of good construction practice or acceptable workmanship. ~~Any claim for extra work must be related to entirely new or substantially changed work and payment to Subcontractor shall be conditioned upon Contractor's recovery from the Owner on any such claim.~~

(b) Subcontractor Scope of Work. Subcontractor agrees to perform all:

Firestopping, Duct Fire Protection System, Seismic Protection, Fuel Storage Systems, Welding Pressure Piping, Thermal Insulation, Plumbing, Hot Water Heating systems, Steam Generating System, Refrigerated Air Conditioning System, Air Supply-Ventilation-Exhaust Systems, TAB, Commissioning

as described in or reasonably inferable from the Contract Documents and in accordance with, but not limited by, the following sections of the Specifications:

Section 00010, Section 00700, Section 00800, Division 1, Division 7, Division 13, and Division 15

SECTION 3 - SECURITY INTEREST

The Subcontractor grants the Contractor a security interest in all inventory, raw materials, work in progress, component parts and materials purchased, used or fabricated by the Subcontractor for the Project whether now owned or hereafter acquired for the project and the products and proceeds thereof and agrees to execute appropriate UCC-1 or other forms necessary to effect this agreement.

SECTION 4 - PAYMENT

(a) Subcontract Price. Subject to the other terms and conditions of this Agreement, Contractor agrees to pay Subcontractor for the performance of this Subcontract, the sum of:

Thirteen Million and No/100 ($ 13,000,000.00) DOLLARS

("Subcontract Price"), subject to additions and deductions only for charges agreed upon or determined in accordance with this Agreement.

(b) Schedule of Values. Subcontractor must supply Contractor with a cost breakdown of the Subcontract Price (Schedule of Values) in accordance with Contractor's requirements before execution of Subcontract. This Schedule shall be used to determine the approved amount of the monthly progress billings. Such breakdown must be approved prior to acceptance of the first monthly progress billing invoice.

(c) Invoices.

i. Invoices shall be submitted to Contractor at: DICK PACIFIC / GHEMM, JOINT VENTURE, P.O. Box 35490, Fort Wainwright, Alaska 99703 on or before the 1st day of each month. In the event Subcontractor's invoice is not

Exhibit 'C'-Additional Conditions*
Exhibit 'D'-Certificate of Insurance
Exhibit 'E'-Subcontractor Payment Application
Exhibit 'F'-Subcontractor & Materialmen Release & Waiver of Lien
Exhibit 'G'-Equal Employment Opportunity Certification of Compliance
Exhibit 'H'-Immigration Reform and Control Act of 1986 Certification & Indemnity Statement
Exhibit 'I' -Dick Pacific/GHEMM, JV Job Site Safety & Health Rules
Exhibit 'J'-Not Used
Exhibit 'K'-Sub-Subcontractors & Suppliers Release & Waiver of Lien

**IN WITNESS WHEREOF, the parties have executed this Agreement on the date stated above.**

| SUBCONTRACTOR | CONTRACTOR |
|---|---|
| W.A. BOTTING COMPANY | DICK PACIFIC / GHEMM, JOINT VENTURE |
| By: | By: |
| Its/ Pres. CEO | Its/ |
| | GHEMM PRES |

RECEIVED

**DICK PACIFIC / GHEMM Joint Venture**

OCT 20 2003

DICKPACIFIC GHEMM JV

## SUBCONTRACT AGREEMENT

DICK PACIFIC/GHEMM. JV

| | |
|---|---|
| PROJECT:<br>BASSETT HOSPITAL REPLACEMENT<br>Contract No. DACA85-02-C-0004 | JOB NO. 752600<br>SUBCONTRACT NO. 752600-46<br>COST ACCOUNT NO. 752600-1303-153010 |
| RETENTION: Per Contract Documents | SUBCONTRACTOR:<br>Federal I.D. 91-0671974 |
| BONDS:<br>(X)PERFORMANCE:<br>100% of Total Subcontract Price<br>(X)PAYMENT<br>of Total Subcontract Price<br>( )NO BONDS REQUIRED<br>PREMIUM PAID BY:<br>W. A. Botting Company<br>COMPLETION DATE: November 1, 2005 | Alaska Contractor's License No. 21739<br><br>W.A. Botting Company<br>P.O. Box 1200<br>20300 Woodinville-Snohomish Road, Suite 200<br>Woodinville, Washington 98072<br><br>PH: (425) 483-7500 Fax: (425) 483-7610 |

THIS SUBCONTRACT AGREEMENT ("Agreement") is dated: May 16, 2002.

The Parties to this Agreement are: W.A. Botting Company, 20300 Woodinville-Snohomish Road, Suite 200, Woodinville, Washington 98072 ("Subcontractor"), and DICK PACIFIC / GHEMM, JOINT VENTURE, P.O. Box 35490, Fort Wainwright, Alaska 99703 ("Contractor"). Subcontractor and Contractor agree as follows.

**SECTION 1 - CONTRACT DOCUMENTS**

(a) Prime Contract. Contractor has executed a Prime Contract with: U.S. ARMY ENGINEER DISTRICT, ALASKA dated FEBRUARY 19, 2002 ("Owner"), for complete performance of the following work:

Item No. 0001: Construct Hospital replacement within the Hospital 1.5m lines, except Optional Items, complete.

Item No. 0002: Construct Site Work and utilities beyond the hospital 1.5m lines, except Optional Items, complete.

Item No. 0008 - Option No. 6: Site Monitoring & Surveillance System to include Purchase, installation, and training.

Item No. 0009 - Option No. 7: Monitoring & Surveillance System Maintenance, complete.

Item No. 0010 - Option No. 8: Site Monitoring & Surveillance System, relocation of a camera/transmitter, pole, & power.

Including Amendments 0001 through 0007

("Project"). The Prime Contract, together with its addenda, supplements, amendments, changes or additions, and the Plans and Specifications listed in Exhibit A constitute the Contract Documents.

(b) Subcontractor Bound by Contract Documents. Pursuant to this Agreement, the Subcontractor agrees to perform a portion of Contractor's scope of work under the Contract Documents in compliance with Contractor's duties, obligations and responsibilities to the Owner. Except as may be expressly provided otherwise in this Agreement, the Subcontractor is bound to the Contractor, and the Contractor is bound to the Subcontractor, by the terms and conditions of the Contract Documents, ~~and assumes toward Contractor all the obligations and responsibilities that Contractor, by those documents, assumes toward the Owner.~~ Subcontractor assumes toward Contractor all obligations and responsibilities that Contractor, by those documents, assumes toward the Owner, and conversely, Contractor assumes toward Subcontractor all obligations and responsibilities that Owner, by those documents, assumes toward the Contractor, as applicable to Subcontractor, except to the extent provided otherwise in this Subcontract. Subcontractor's rights and remedies against Contractor under this Agreement shall be limited by and shall not exceed Contractors rights and remedies against the Owner under the Prime Contract. Subcontractor shall not have any direct contact with the Owner or Architect on this Project without Contractor's prior approval. The provisions of the Subcontract and the Contract Documents are intended to supplement and compliment each other. If, however, any provisions of this Subcontract irreconcilably conflict with another provision or with a provision of the Contract Documents, the provision imposing the greater duty on the Subcontractor shall govern.

(c) Subcontractor Review of Contract Documents. Subcontractor acknowledges it has inspected the Contract Documents pertinent or applicable to its scope of work and its rights and responsibilities under this Agreement.

(d) Discrepancies or Errors. Subcontractor shall inspect and examine all portions of the Contract Documents as pertain to or may affect its work. Subcontractor shall notify Contractor in writing of any discrepancy, error or inconsistency discovered in the Contract Documents as soon as possible and prior to commencement of its work.

(e) ~~Preliminary Contract Documents. If this Subcontract is based on preliminary, outline or otherwise unfinished Plans, Specifications or other Contract Documents, the Subcontractor accepts responsibility for cooperating and coordinating with Contractor, Owner, Architect and Engineer during the development of final Plans, Specifications or other Contract Documents so as not to impose additional work or cost on Contractor or other Subcontractors, or to cause an increase in the Subcontract Price. If the final Plans and Specifications or other Contract Documents change the scope or character of the work under this Subcontract, then the Subcontract Price will be equitably adjusted based on the extent of such changes, subject to Contractor's receipt of an equivalent adjustment under the Prime Contract.~~

(f) Subcontractor Independent Investigation. Subcontractor certifies that it has conducted its own investigation and is not relying upon any opinion or representation of Contractor regarding the following:

(i) All portions of the Contract Documents applicable to its work;

(ii) The location of the job site; and

(iii) The conditions under which the work is to be performed.

SECTION 2 - SCOPE OF WORK

(a) Work Required of Subcontractor. Subcontractor agrees to furnish all labor, services, materials, installation, cartage, hoisting, supplies, insurance, equipment, scaffolding, tools and other facilities of every kind and description required for the prompt and efficient performance of all of the Work described in subsection (b), including all work required that is not noted in detail in the Plans and Specifications, but nevertheless is necessary for the completion of Subcontractor's work for the Project in accordance with the Contract Documents. All such work is included in Subcontract Price, and no extra work claim shall be made for any amount incurred by Subcontractor to meet the requirements of good construction practice or acceptable workmanship. ~~Any claim for extra work must be related to entirely new or substantially changed work and payment to Subcontractor shall be conditioned upon Contractor's recovery from the Owner on any such claim.~~

(b) Subcontractor Scope of Work. Subcontractor agrees to perform all:

Firestopping, Duct Fire Protection System, Seismic Protection, Fuel Storage Systems, Welding

Pressure Piping, Thermal Insulation, Plumbing, Hot Water Heating systems, Steam Generating System,

Refrigerated Air Conditioning System, Air Supply-Ventilation-Exhaust Systems, TAB, Commissioning

as described in or reasonably inferable from the Contract Documents and in accordance with, but not limited by, the following sections of the Specifications:

Section 00010, Section 00700, Section 00800, Division 1, Division 7, Division 13, and Division 15

SECTION 3 - SECURITY INTEREST

The Subcontractor grants the Contractor a security interest in all inventory, raw materials, work in progress, component parts and materials purchased, used or fabricated by the Subcontractor for the Project whether now owned or hereafter acquired for the project and the products and proceeds thereof and agrees to execute appropriate UCC-1 or other forms necessary to effect this agreement.

SECTION 4 - PAYMENT

(a) Subcontract Price. Subject to the other terms and conditions of this Agreement, Contractor agrees to pay Subcontractor for the performance of this Subcontract, the sum of:

Thirteen Million Four Hundred Ninety Four Thousand Nine Hundred Twelve and No/100 ($ 13,494,912.00) DOLLARS

("Subcontract Price"), subject to additions and deductions only for charges agreed upon or determined in accordance with this Agreement.

(b) Schedule of Values. Subcontractor must supply Contractor with a cost breakdown of the Subcontract Price (Schedule of Values) in accordance with Contractor's requirements before execution of Subcontract. This Schedule shall be used to determine the approved amount of the monthly progress billings. Such breakdown must be approved prior to acceptance of the first monthly progress billing invoice.

(c) Invoices.

Exhibit 'C'-Additional Conditions*
Exhibit 'D'-Certificate of Insurance
Exhibit 'E'-Subcontractor Payment Application
Exhibit 'F'-Subcontractor & Materialmen Release & Waiver of Lien
Exhibit 'G'-Equal Employment Opportunity Certification of Compliance
Exhibit 'H'-Immigration Reform and Control Act of 1986 Certification & Indemnity Statement
Exhibit 'I' -Dick Pacific/GHEMM, JV Job Site Safety & Health Rules
Exhibit 'J'-Not Used
Exhibit 'K'-Sub-Subcontractors & Suppliers Release & Waiver of Lien

**IN WITNESS WHEREOF, the parties have executed this Agreement on the date stated above.**

| SUBCONTRACTOR | CONTRACTOR |
| --- | --- |
| W.A. BOTTING COMPANY | DICK PACIFIC / GHEMM, JOINT VENTURE |
| By: [signature] | By: [signature] |
| Its/ President C.E.O | Its/ Proj Executive |
| | [signature] |
| | Watson Co |