DEPARTMENT OF THE ARMY
U.S. ARMY ENGINEER DISTRICT, ALASKA
P.O. BOX 898
ANCHORAGE, ALASKA 99506-0898

REPLY TO ATTENTION OF:

Contracting Division
Civil/Military Branch

FTW 171B - 126

SUBJECT: Letter dated July 15, 2002; Re: Serial No. 75-2600-00009-00142, Economic Price Adjustment Notification, DACA85-02-C-0004, Bassett Hospital Replacement, Ft. Wainwright, Alaska

Mr. Ronald Young
Dick Pacific/Ghemm Company JV
P.O. Box 35490
Ft. Wainwright, AK 99703-0490

Dear Mr. Young:

Your letter of notification of material escalation has been received. The contract clause that was referenced, 52.216-4, Economic Price Adjustment, is intended for labor adjustments only. According to paragraph (c)(1) of the aforementioned clause, "*Any adjustment shall be limited to the effect on unit prices of the increases or decreases in the rates of pay for labor (including fringe benefits) in the Schedule . There shall be no adjustment for (1) Changes in rates or unit prices other than those shown in the Schedule, or (ii) Changes in the quantities of labor of those established in the baseline pre-award audit.*"

Proposal schedule item number 0011 states, "*Base line items 0001 and 0002 are subject to clause 52.216-4, Economic Price Adjustment-Labor and Materials. Established labor rates and fringes as set forth for laborers and mechanics in Davis-Bacon General Decision Number AK010001 and AK010006, dated 10/19/01 in section 0700A are subject to adjustment. The quantities of labor allocable to each line item shall be established during the pre-award DCAA audit. Government evaluated EPA adjustments will be reflected as sub-line item under 0011 after contract award.*" Only the unit price wages as set forth in the Davis-Bacon General Decision Number AK010001 and AK010006 are subject to adjustment.

In order for adjustments to be made to any labor as set forth in the Davis-Bacon wages, the quantities of labor in your proposal must be established by a DCAA audit. All contracts in excess of $500,000 must be audited to determine the quantities of labor involved. Please provide a list of all subcontractors that exceed contracts of $500,000 with your JV. Submit this list to the attention of contract specialist Daniel J. Werkmeister at fax number 753-2544.

Sincerely,

Claudette M. McDonald

Claudette M. McDonald
Contracting Officer

DICKPACIFIC GHEMM JV

*Bassett Hospital Replacement*
*Fort Wainwright, Alaska*
*Contract No. DACA85-02-C-0004*

August 13, 2002

BASSETT RESIDENT OFFICE
U.S. Army Engineer District, Alaska
P.O. Box 35067
Fort Wainwright, AK 99703-0067

SERIAL NO. 75-2600-00009-00165

Attention: Ken L. Larson, P.E.

Reference: Contract No. DACA85-02-C-0004
Bassett Hospital Replacement, Ft. Wainwright, Alaska

Subject: DCAA Audit Information – W.A. Botting Company

Dear Ken:

Please find attached W.A. Botting's letter dated August 6, 2002 regarding DCAA audit information for escalation of labor and material per FAR 52.216-0004 of the Contract Provisions.

Please also note the pending wage escalation as listed for the revised labor agreement after June 30, 2002.

If you have any questions, please contact this office.

Very truly yours,

DICK PACIFIC/GHEMM, JV

Ronald Young
Project Executive

RY:kji
Enclosure
Cc: L. Kawamoto
R. Leone
Issue 00042
File

# W.A. BOTTING COMPANY

MECHANICAL CONTRACTOR

FULL SERVICE SINCE 1911 wabotting.com

August 6, 2002

Dick Pacific / Ghemm JV.
3861 Schact St.
Fairbanks, AK 99701
ATT: Ronald Young

Project: **Bassett Hospital Replacement**
**Contract No.DACA85-02-C-0004**
**WAB Project No. 878**

Subject: DCAA Audit Cost Information (Reference Amendment 0001, Section 0100, Paragraph 13.)

Dear Ron:

Please find attached DCAA Audit Cost information for Labor Wage Escalation. Included is Local 375 labor agreement thru 6/30/02, and WAB bid day labor estimate information.

Please note; Local 375 new Labor Agreement has not been published as of this date. We will forward this information on receipt.

Sincerely,
W.A. BOTTING COMPANY

John R. Solem
Project Executive

Bassett Project • 4077 Neely Road - Trailer #3 • Fort Wainwright, AK 99703-0580
P.O. Box 35580
Phone 907-356-3177 • Fax 907-356-3944
WABOTC*099JA

DICKPACIFIC GHEMM JV

Bassett Hospital Replacement
Fort Wainwright, Alaska
Contract No. DACA85-02-C-0004

May 8, 2003

BASSETT RESIDENT OFFICE
U.S. Army Engineer District, Alaska
P.O. Box 35067
Fort Wainwright, AK 99703-0067

SERIAL NO. 75-2600-00009-00462

Attention: Ken L. Larson, P.E.

Reference: Contract No. DACA85-02-C-0004
Bassett Hospital Replacement, Ft. Wainwright, Alaska

Subject: Notification of Wage Escalation – EPA Clause – W.A. Botting Company

Dear Ken:

Dick Pacific/GHEMM, JV submits notification of wage escalation, in reference to the Economic Price Adjustment contained in FAR Contract Provision 52.216-4.

Please find attached a copy of W.A. Botting Company's letter dated May 8, 2003 in regards to the Plumbers and Steam Fitters wage rate escalation.

If you have any further questions, please contact this field office.

Very truly yours,

DICK PACIFIC/GHEMM, JV

Ronald Young
Project Executive

RY:kji
Enclosure
Cc: L. Kawamoto
R. Leone
Issue 00193
File

W.A. BOTTING COMPANY
MECHANICAL CONTRACTOR
FULL SERVICE SINCE 1911 wabotting.com

RECEIVED

MAY - 8 2003

DICK PACIFIC/GHEMM, JV

May 8. 2003

Dick Pacific / Ghemm JV.
P.O. Box 35490
4077 Neely Road
Fairbanks, AK 99701
ATT: Ron Young

Project: **Bassett Hospital Replacement**
**Contract No.DACA85-02-C-0004**
**WAB Project No. 8903, WAB PCO #51**

Subject: Notification of Wage Escalation – EPA Clause – W.A. Botting Company

Dear Ron:

As follows up to our letter of August 6, 2002, W.A. Botting Co. submits notification of wage escalation, in reference to the Economic Price Adjustment contained in FAR Contract Provision 52.216-4.

Please find attached a copy of the Davis-Bacon Wage schedule dated July 1, 2002. This wage schedule has increased to W.A. Botting directly employed plumber and steam fitter craft classifications. W.A. Botting's bid was based on the wage rates listed on the original contract wage schedule.

The wage escalation and estimated manhour quantities are listed below:

1. Plumber & Steam Fitter Wage Rate Escalation - $2.15/hr at an estimated 200,000 man/hrs = $430,000.

The above estimated escalation costs are projected to the total duration of the Project and could be subject to further Davis-Bacon Wage Rate revisions and cost changes.

If you have any further questions, please contact this field office.

Sincerely,
W.A. BOTTING COMPANY

John R. Solem
Project Executive

| | | | |
|---|---|---|---|
| ☐ | PROJECT EXECUTIVE | ☐ | SCHEDULER |
| ☐ | SUPERINTENDENT | ☐ | SR. PROJECT ENGINEER |
| ☐ | QC MANAGER | ☐ | OFFICE MANAGER |
| ☐ | MEP MANAGER | ☐ | JV EXECUTIVE COMMITTEE |
| ☐ | SAFETY MANAGER | ☐ | OTHER |
| ☐ | CONTRACT ADMIN. | ☐ | OTHER 00193 |

Bassett Project • 4077 Neely Road - Trailer #3 • Fort Wainwright, AK 99703-0580
P.O. Box 35580
Phone 907-356-3177 • Fax 907-356-3944
WABOTC*099JA



COE_000285

AS OF 1-17-03

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| BRUSH, BUFFER OPERATOR, FLOOR-COVERER, POT TENDER, ROLL SPRAY, WALLCOVERER | 26.50 | 10.97 |
| HAZARDOUS MATERIAL APPLICATOR, LEAD BASED PAINT ABATEMENT, RADON MITIGATION, SANDBLAST, STRUCTURAL STEEL, TAPING, TEXTURING | 27.00 | 10.97 |

---

PAIN1555E 01/01/2003

| NORTH OF THE 63RD PARALLEL | Rates | Fringes |
|---|---|---|
| GLAZIERS | 26.62 | 10.02 |

---

PLAS0867A 09/01/2002

| | Rates | Fringes |
|---|---|---|
| NORTH OF THE 63RD PARALLEL: | | |
| CEMENT MASONS | 28.51 | 10.70 |
| PLASTERERS | 29.99 | 10.70 |
| SOUTH OF THE 63RD PARALLEL | | |
| CEMENT MASONS | 28.26 | 10.70 |
| PLASTERERS | 29.74 | 10.70 |

---

* PLUM0262C 01/01/2003

| East of the 141st Meridian | Rates | Fringes |
|---|---|---|
| PLUMBERS; STEAMFITTERS | 28.59 | 10.55 |

---

PLUM0367B 07/01/2002

| South of the 63rd Parallel | Rates | Fringes |
|---|---|---|
| PLUMBERS; STEAMFITTERS | 30.30 | 11.15 |

---

PLUM0375A 07/01/2002

| North of the 63rd Parallel | Rates | Fringes |
|---|---|---|
| PLUMBERS; STEAMFITTERS | 33.51 | 11.15 |

---

PLUM0669A 01/01/2003

| | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTER | 35.30 | 8.60 |

---

ROOF0190A 09/27/2002

Rates Fringes

| | | |
|---|---|---|
| STRUCTURAL STEEL, TAPING, TEXTURING | 26.00 | 9.30 |

---

PAIN1555E 08/01/2001

| NORTH OF THE 63RD PARALLEL | Rates | Fringes |
|---|---|---|
| GLAZIERS | 26.62 | 7.55 |

---

* PLAS0867A 02/01/2002

| | Rates | Fringes |
|---|---|---|
| NORTH OF THE 63RD PARALLEL: | | |
| CEMENT MASONS | 29.36 | 8.65 |
| PLASTERERS | 30.84 | 8.65 |
| SOUTH OF THE 63RD PARALLEL | | |
| CEMENT MASONS | 29.11 | 8.65 |
| PLASTERERS | 30.59 | 8.65 |

---

PLUM0262C 01/01/2002

| East of the 141st Meridian | Rates | Fringes |
|---|---|---|
| PLUMBERS; STEAMFITTERS | 28.09 | 10.00 |

---

PLUM0367B 11/01/2001

| South of the 63rd Parallel | Rates | Fringes |
|---|---|---|
| PLUMBERS; STEAMFITTERS | 29.30 | 10.75 |

---

PLUM0375A 07/01/2000

| X North of the 63rd Parallel | Rates | Fringes |
|---|---|---|
| PLUMBERS; STEAMFITTERS | 31.91 | 10.60 42 5! |

---

PLUM0669A 01/01/2002

| | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTER | 34.80 | 8.55 |

---

ROOF0190A 03/01/2002

| | Rates | Fringes |
|---|---|---|
| NORTH OF THE 63RD PARALLEL: | | |
| ROOFERS | 31.10 | 9.25 |
| SOUTH OF THE 63RD PARALLEL | | |
| ROOFERS | 29.10 | 9.25 |