DEPARTMENT OF THE ARMY
U.S. ARMY ENGINEER DISTRICT, ALASKA
P.O. BOX 6898
ELMENDORF AFB, ALASKA 99506-6898

OCT 26 2004

REPLY TO ATTENTION OF:

CEPOA-CT-M (715h)

(FTW171B-1940)

Ronald Young, Project Executive
Dick Pacific/GHEMM, JV
P.O. Box 35490
Fort Wainwright, Alaska 99703-0490

SUBJECT: Contract DACA85-02-C-0004, Bassett Hospital Replacement, Ft. Wainwright, Alaska; W.A. Botting Baseline Information.

Dear Mr. Young,

Reference your Serial Letter No. 75-2600-00009-0159, Subject: W.A. Botting – EPA Labor Escalation, dated September 20, 2004, and teleconference of October 4, 2004 with W.A. Botting.

In both the above-referenced letter and the referenced teleconference, your subcontractor, W.A. Botting, alleges that the costs entered under the ESCAL line items in their proposal represent an additional amount required for hiring specialized personnel from outside the local area as well as an allowance for food, housing and the like for those personnel.

During the October 4, 2004 teleconference, Mr. Pete Botting explained that there was an underestimation of these costs which was discovered during the last preparations of their bid for this contract. Mr. Botting alleges that an additional amount of roughly $380,000 had to be incorporated into their bid but due to problems with their software system, the dollars were entered under the ESCAL lines rather than under Other Direct Job Costs (ODJC). The total amount added under the ESCAL lines was $315,151.

Unfortunately, Mr. Botting's explanation is not supported by the contemporaneous documentation. The ESCAL lines are clearly applied to all the direct labor hours W.A.Botting bid for this project and do not relate to the supervisory positions filled from outside the local area. In addition, it is clear that the title of those lines had to be manually entered in the proposal software and thus a conscious decision was made to title them ESCAL 7/02-6/03 and ESCAL 7/03-6/04. Since it appears that W.A. Botting included labor escalation in their bid, they are not considered eligible for an EPA adjustment under FAR 52.216-4.

If you have any questions or require additional information, please contact me at 907-753-2546. If you disagree with this determination, you may pursue it further by requesting a Contracting Officer's Decision under the Disputes Clause (FAR 52.233-1) of your contract.

Sincerely,

Claudette M. McDonald
Contracting Officer

MEMORANDUM FOR RECORD

DATE: 4 November 2004

SUBJECT: Botting ESCAL bid lines

The ESCAL lines in WA Botting's bid have been questioned by both DCAA and the COE on several occasions. The following explanations have been provided by WA Botting.

1. Botting initially stated that the ESCAL lines were to account for increases in labor rates which occurred between the first time Bassett was advertised and bid, and the second. This was relayed verbally to Ken Larson of the COE and Kevin Williams of DCAA.

2. Botting letter of August 24, 2004 (attached to DP/G letter no. 1038) states that their raw labor costs for each individual work item are based on estimated labor hours times the labor rate in effect at the time of bid. The ESCAL lines were allegedly used to include an additional estimated labor cost that was over and above the raw labor estimates for the individual work items. The additional amount was for hiring specialized personnel from outside the local area since there were not enough local workers, especially supervisors, to fill all positions. The additional costs included additional wages and housing, food, etc.

3. In a teleconference on October 4, 2004, Pete Botting explained that the additional cost was for higher wages commanded by personnel from outside Alaska as well as the cost to relocate those personnel and provide subsistence. These additional costs applied to the project manager, project engineer and superintendent. These positions and their associated costs are included in Botting's ODJC (other direct job costs) and are not shown under the individual work item estimates. Mr. Botting alleged that an underestimation of these costs was discovered during the last preparations their bid but that they were unable to update the ODJC sheet due to computer software problems. To add additional money into the bid, Botting used the ESCAL lines to increase the bid by $315,151.

In their August letter, Botting stated "The Government may slap our wrists for not changing the title of the lines." but a review of all the bid pages seems to indicate that the titles of "ESCAL 7/02-6/03" and "ESCAL 7/03-6/04" had to be manually entered. The default titles appear to be "Escalation" and "Other #1", respectively.

The second explanation seemed to imply that the ESCAL was additional labor cost for workers while the third explanation indicated it was for the PM, PE and superintendent. If in fact Botting wanted to add money to their bid for these types of costs for workers or supervisors, there appear to be several other places where the costs could have been entered rather than under ESCAL. Putting the ODJC sheet aside, the individual work item recap sheets and a supervision recap sheet all have lines entitled SPCL PREM, TRAV PREM, TRAV EXP, SUBSIST and OTHER where nothing is entered. The ESCAL lines on the work item sheets clearly show a calculation that is based on the number of direct labor hours for that work item and not on anything related to the supervisory positions or relocation costs the extra money was supposed to apply to.

Donna West

**West, Donna L POA02**

**From:** Larson, Kenneth L POA02
**Sent:** Tuesday, November 02, 2004 11:30 AM
**To:** West, Donna L POA02
**Subject:** RE: Botting Escalation

Yes, that is also my recollection of a discussion or discussions but apparently made no notes of date or time, but it would have been me with Pete Botting.

Ken L. Larson, P.E.
Bassett Resident Engineer
(907) 353-7550
Cell 322-2798

-----Original Message-----
**From:** West, Donna L POA02
**Sent:** Monday, November 01, 2004 3:17 PM
**To:** Larson, Kenneth L POA02
**Subject:** Botting Escalation

Afternoon Ken,

Kevin Williams of DCAA recalls discussions with Botting (don't know if it was John Solem or Pete Botting) where they indicated that the ESCAL shown in their bid documents was to account for labor rate increases that occurred between the first time Bassett was advertised and bid, and the second. He thought they had told you the same thing. Do you recall that at all?

Donna

**West, Donna L POA02**

**From:** Williams, Kevin, Mr, DCAA [Kevin.Williams@dcaa.mil]
**Sent:** Thursday, November 04, 2004 10:49 AM
**To:** Vanagel, Gregory W POA02; West, Donna L POA02; McDonald, Claudette M POA02; Green, Roger A POA02; Ness, Rolf O POA02
**Subject:** RE: MFR - Botting Explanations of ESCAL

It appears to be accurate.

Kevin

*Defense Contract Audit Agency*
*Seattle Branch Office*
*14240 Interurban Ave. South, Suite 156*
*Seattle, WA 98168-4662*
*206 439 4849*
*206 439 4870 fax*

**IMPORTANT: This e-mail, including all attachments, constitute Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately.**

-----Original Message-----
**From:** Vanagel, Gregory W POA02 [mailto:Gregory.W.Vanagel@poa02.usace.army.mil]
**Sent:** Thursday, November 04, 2004 11:47 AM
**To:** West, Donna L POA02; McDonald, Claudette M POA02; Williams, Kevin, Mr, DCAA; Green, Roger A POA02; Ness, Rolf O POA02
**Subject:** RE: MFR - Botting Explanations of ESCAL

I have no comments.

-----Original Message-----
**From:** West, Donna L POA02
**Sent:** Thursday, November 04, 2004 10:09 AM
**To:** McDonald, Claudette M POA02; Kevin Williams; Vanagel, Gregory W POA02; Green, Roger A POA02; Ness, Rolf O POA02
**Subject:** MFR - Botting Explanations of ESCAL

Attached is an MFR to document what Botting has told us about the ESCAL in their proposal. I confirmed with Ken that he recalled the first explanation in discussions with Botting (probably Pete Botting). Please provide any comments you may have. I intend to include this in our EPA files for future use if necessary.

Donna

<< File: BottingMemo.doc >>