# ORIGINAL BID BREAKDOWN
(Green Sheet)

Pot Pots Bottom

DATE: 3-11-02 JOB NAME: Bassett Hosp. JOB #: 878

Project Manager John S General Contractor Dick Corp. (Lump Sum) T&M GM (Circle One)

Estimated Completion Date 5-1-06 Percent Complete This Fiscal Year 12 % Certified Payroll: (YES) NO

Est. Contract Amount $ 25,301,961- Bid Day MCA Factor .86 Bid Day Avg Crew Rate 50.59

**PLUMBING:** (10)

| | | |
|---|---|---|
| Labor | See backup for hours distribution | $ 6,254,235- |
| Material | See backup for hours distribution | $ 903,373- |
| Equipment | See backup for hours distribution | $ 1,535,095- |
| ODJC | See backup for hours distribution | $ 2,662,959- |
| | TOTAL PLUMBING | $ 11,355,662- |

**HEATING:** (20)

| | | |
|---|---|---|
| Labor | See backup for hours distribution | $ 4,206,475- |
| Material | See backup for hours distribution | $ 1,161,431- |
| Equipment | See backup for hours distribution | $ 3,613,922- |
| ODJC | See backup for hours distribution | $ 0 |
| | TOTAL HEATING | $ 8981,828- |

**JOB ADMINISTRATION:** (30)

| | | |
|---|---|---|
| Labor | See backup for hours distribution | $ w/ 10 |
| Material | See backup for hours distribution | $ |
| ODJC | See backup for hours distribution | $ |
| | TOTAL JOB ADMINISTRATION | $ |

**LABOR PO:**

Information only do Not Enter

| | |
|---|---|
| | $ |
| | $ |

**SUBCONTRACTORS:**

DELETE PROPOSALS:

| | | |
|---|---|---|
| | Sheet metal | $ 8,390,100- |
| | Insulation | $ 3,200,000- |
| # | TAB | $ 321,900- |
| # | Plumbing Sub | $ 2,000,000- |
| # | | $ 13,912,000 |
| # | Med Gas cert | $ 10,200- |
| # | San Allow | $ 30,000- |
| | TOTAL SUBCONTRACTORS | $ 40,200- |

| | | |
|---|---|---|
| TOTAL COST | | $ 20,377,690- |
| MARGIN | 24.2 % | $ 4,924,271- |
| TOTAL CONTRACT | | $ 25,301,961- |

original bid breakdown.doc



WAB002356

WA BOTTING COMPANY
MECHANICAL CONTRACTOR
FULL SERVICE SINCE 1911 wabotting.com
20300 Woodinville-Snohomish Rd. N.E., Suite 200
P.O. Box 1200 Woodinville, WA 98072
Phone: (425) 483-7500 FAX: (425) 483-7610

JOB Bassett Blue Shield
SHEET NO. ______ OF ______
CALCULATED BY ______ DATE ______
CHECKED BY ______ DATE ______
SCALE ______

| | | | |
|---|---|---|---|
| Plumbing labor | 3,942,443- | | |
| Process labor | 836,136- | | |
| Sup. 2/3 | 796,728- | | |
| w+v | (901,564-) | PMI | |
| strom | (321,398-) | ~~seems like a lot~~ PMI | |
| O.D. JC | 1,901,890- | | |
| | | | 6,254,235- |
| Plumb | | | |
| mat | 1,138,456- | | |
| Process | 152,957- | | |
| w+v | (304,212-) | PMI | |
| Storm | (83,828-) | PMI | |
| | | | 903,373- |
| Plumb EQuip | 1,194,242- | | |
| Bid day Reduct | (50,051-) | | |
| Drains | (92,300-) | PMI | |
| C.O. | (1,900-) | PMI | |
| carriers | (42,769-) | PMI | |
| med gas process | 527,873- | | |
| | | | 1,535,095- |
| ODJC Exp. | 2,270,107- | | ~~2,445,363-~~ |
| tool Exp | 175,256- | | 2,662,959- |
| Bond Exp | 217,596- | | |
| | 2,662,959- | | ~~11,138,066~~ |
| | | | 11,355,662- |

WAB002357



WAB 204 12/01

WA BOTTING COMPANY
MECHANICAL CONTRACTOR
FULL SERVICE SINCE 1911 wabotting.com
20300 Woodinville-Snohomish Rd. N.E., Suite 200
P.O. Box 1200 Woodinville, WA 98072
Phone: (425) 483-7500 FAX: (425) 483-7610

JOB ____
SHEET NO. ____ OF ____
CALCULATED BY ____ DATE ____
CHECKED BY ____ DATE ____
SCALE ____

| | | | |
|---|---|---|---|
| HVAC labor | 3,796,114- | | 4,206,475- |
| " Sup. | 410,361- | | |
| HVAC Mat | 1,161,431- | | 1,161,431- |
| HVAC & | 5,657,572- | | |
| Real cut | (164,912-) | | |
| Equip to Delta | (1,900,968-) | to Delta net of Buy out. | |
| water treat | 22,230 | | 3613,922- ok<br>~~3,613,922-~~<br>~~3,614,102-~~ |
| ODJC Exp | ⊗ | | |
| | | | 8,981,828- |

WAB002358



WAB 204 12/01

WA BOTTING COMPANY
MECHANICAL CONTRACTOR
FULL SERVICE SINCE 1911 wabotting.com

20300 Woodinville-Snohomish Rd. N.E., Suite 200
P.O. Box 1200 Woodinville, WA 98072
Phone: (425) 483-7500 FAX: (425) 483-7610

JOB ____ 
SHEET NO. ____ OF ____
CALCULATED BY ____ DATE ____
CHECKED BY ____ DATE ____
SCALE ____

W&U mat 304,212 + 489 + 1,798
17,821 901,564
Pr. 92,300
C.O. 1,900
Carriers 42,769
1,342,745

Strom mat 83,828 + 79,394
~~12,297~~ 6353 321,398 ~~Very high stat @ 520,000~~
2455 405,226
17
3881 ~~2,048,678~~
6353

1,747,971

W.A. BOTTING COMPANY
MECHANICAL CONTRACTOR
FULL SERVICE SINCE 1911 wabotting.com
20300 Woodinville-Snohomish Rd. N.E., Suite 200
P.O. Box 1200 Woodinville, WA 98072
Phone: (425) 483-7500 FAX: (425) 483-7610

JOB
SHEET NO. OF
CALCULATED BY DATE
CHECKED BY DATE
SCALE

Subs

| | | |
|---|---|---|
| Delta | 6,162,000- + <br> + 1,900,968- Equip | 8,062,968- |
| Insulation | 3,200,000- w/ bond. | 3,200,000- |
| AK. Air Bal | | 321,900- |
| misc wiring | | 30,000- |
| neD Gas Cert | | 10,100- |
| PMI | | 1,747,971- |

| | | |
|---|---|---|
| | Subs | 13,373,039- |
| 11,138,066- | Plumb. | 11,138,066- |
| 8,981,828- | HVAC | 8,981,828- |
| 20,119,894- | | 33,492,933- |
| 5,182,067- | 25.7% MU | 5,182,067- |
| 25,301,961- | | |
| 5,182,067- <br> (217,596-) | Bond cost .86% | 38,675,000- |
| 4,964,471- | | |



WAB002360

WAB 204 12/01

WA BOTTING COMPANY
MECHANICAL CONTRACTOR
FULL SERVICE SINCE 1911 wabotting.com

20300 Woodinville-Snohomish Rd. N.E., Suite 200
P.O. Box 1200 Woodinville, WA 98072
Phone: (425) 483-7500 FAX: (425) 483-7610

JOB ____ SHEET NO. ____ OF ____
CALCULATED BY ____ DATE ____
CHECKED BY ____ DATE ____
SCALE ____

Sub contracting Small Bus.

| | |
|---|---|
| | 38,675,000- |
| Delta S.M. | 8,390,100- |
| Hudson Bay Ins. | 3,200,000- |
| Alaska Air Balance | 321,900- |
| Patrick Mech. Scope. | 2,000,000- |
| | 24,763,000- |

WAB002361



WAB 204 12/01