DCAAM 7640.1

January 2002

# DCAA CONTRACT AUDIT MANUAL

**Vol. 2 of 2**
**Chapters 9-15**
**Appendixes A-I**
**Topical Index**

DEPARTMENT OF DEFENSE
DEFENSE CONTRACT AUDIT AGENCY

When there
or has data
unwilling to
notify the
nd that the
such data

may lack
e a reliable
re not sus-
uation, the
contracting
recommen-
ditor might
rd be made
rdance with
DFARS Part
nties in the
ts are com-
of contract
ture of the

ing Period"
teria for se-
l as cost ac-
ost estimat-
orting. The
of variations
ach cost ac-

ucture

n of indirect
uation of the
nay compute
for indirect
expense or
bases used in
ost rates may
heir cost ac-
ed cost man-
e use of mul-
d 6-608.1c).
ne rate struc-
s they do for
When a con-
rate structure

for cost estimates, the auditor should in-quire whether a change in its accounting system is planned. If a change is planned the contractor must submit a cost impact statement resulting from the change and agree to an adjustment as required by FAR 52.230-6 of the CAS administration clause (see 8-500). The auditor should evaluate the change to determine if the different method causes inequitable results and the validity of the cost impact statement. A change in method is not improper by itself. The auditor should recognize that the impact of current procurement, changes in production mix, modernization of manufacturing processes and practices (14-800) and other factors may necessitate the revision of an existing rate structure to provide equitable cost allocations. The criteria used in determining the propriety of the number and types of indirect cost rates appropriate under varying conditions and the propriety of the related proration bases are discussed in 6-600.

### 9-704.4 Ceiling Rates

Indirect cost rates may be subject to sharp fluctuations. In periods of declining workloads, for example, indirect cost rates tend to increase because nonvariable costs are spread over a smaller allocation base. In the case of a corporate reorganization or a realignment of management functions, additional costs may be incurred which may result in an increase in indirect cost rates. When the auditor's evaluation indicates the possibility of a decline in workload, a change in management functions or any other factor which would result in significant fluctuations in the rates, the auditor should determine the effect on the rate computation. Where warranted, the auditor should recommend ceilings in the indirect cost rates to prevent the acceptance of an unreasonable amount of indirect costs in the negotiation of the contract price.





## 9-800 Section 8 --- Economic Price Adjustments

### 9-801 Introduction

This section provides guidance on the evaluation of economic costs.

### 9-802 General

There are essentially two ways that contract prices can reflect the impact of inflation over the contract performance period.

a. In the most widely used method, the proposed contract price includes current estimates of wages and prices that are expected to be experienced during contract performance. The preferred bases for current estimates are forecasts of future wage and price indices prepared by qualified, professional economists. Their predictions are based on econometric computer models of the U.S. economy which consider a large number of factors that influence wages and prices. Accordingly, when evaluating proposals by this method, follow the guidance for using economic forecasts explained in DCAAP 7641.74, Use of Economic Indexes in Contract Audits.

b. Alternatively, the contract proposal may be priced without escalation and an economic price adjustment (EPA) may be proposed. This arrangement is appropriate when there is serious doubt about the stability of future market or labor conditions during an extended contract performance period. When such expectations are not included in the contract price, and they can be separately identified, they may be covered by an EPA contract clause.

c. Use of EPAs have increased, primarily because of potential inequities that fixed-price contracting can produce in periods of economic uncertainty. Such adjustments are intended to protect both the government and the contractor from the effects of abnormal wage and/or price changes which could cause significant losses or windfall gains for reasons beyond the control of the contracting parties.

### 9-803 Types of Economic Price Adjustments

FAR 16.203-1 specifies three basic types of EPAs and 16.203-4 addresses applicable contract clause coverage.

a. The first type provides for adjustments based on established prices. It is used where basic commodities and commercial items (i.e., steel, aluminum, brass, bronze, copper, and standard supplies) comprise a major portion of the contract work. Price adjustments are based on an increase or decrease from a specified level in published or established prices of either specific items or price levels of contract end items.

b. The second type provides for adjustments based on the contractor's experienced labor or material costs and is commonly referred to as the actual cost method. This type of adjustment is used when there is no major element of design engineering or development work involved and one or more identifiable labor or material cost factors are subject to change. Price adjustments are based on an increase or decrease in specified costs of labor or material actually experienced by the contractor during performance of the contract.

c. The third type is referred to as the cost index method. It is used when there will be an extended period of performance and the amount subject to adjustment is substantial. Although many variations can be developed, one approach is to select representative BLS labor and material indices and project them into the future. Price adjustments result only if the actual indices are outside a defined range about the projections.

### 9-804 Proposed Economic Adjustments - Evaluation Techniques and Considerations

a. Techniques to evaluate costs/prices subject to EPAs are dependent on (1) the appropriate contract clause, (2) the contractor's accounting system, and (3) other factors relevant to the proposed acquisition. As appropriate, use evaluation techniques in the preceding sections of this chapter.

b. The evaluation techniques used in the audit of an adjustment under an EPA clause should be selected to assure that (1) economic factors already contained in the original price proposal are not duplicated, (2) the base period of the contract clause is the same period used to establish the base price, (3) the contemplated clause is the most appropriate for the anticipated contract environment, (4) the contractor's accounting system is capable of identifying and segregating the specific economic costs subject to adjustment from those attributable to qualitative and/or quantitative changes, (5) an adjustment will be made for only those economic changes beyond the control of the contractor, and (6) for the EPAs based on established prices and actual cost, that the aggregate price of increases shall not exceed 10 percent of the original contract price (FAR 52.216-2 through 4). (The Chief of the Contracting Office may modify this limitation upwards.)

**9-805 Unsatisfactory Conditions**

Auditor vigilance is necessary to p clude unsatisfactory conditions as en sioned by 4-803. While the auditor shou be involved in preaward economic de sions, it may not always be possible to an audit evaluation before the contract executed; such action may not be ; quested or time may not permit an au based on the auditor's initiative. At times, but especially when this is the ca the auditor must be alert to possible co tractor windfall profits or other excessi cost recoveries due to the operation of t EPA clause. When these conditions a detected the contracting officer should advised. All remedies should be e hausted at the FAO and regional level. the situation continues, however, a resolution by the FAO or the region office seems improbable, the conditi should be reported in accordance with 803.

DCAAM 7640.
January 199

# DCAA CONTRACT AUDIT MANUAL

## Vol. 1 of 2
Chapters 1–11

DEPARTMENT OF DEFENSE
DEFENSE CONTRACT AUDIT AGENCY

ɔle price basis in
visions of FAR
16, particularly
long term indi-
nbined with the
hanges and the
ırticular govern-

ɔunting Period"
ide criteria for
be used as cost
ntract cost esti-
l reporting. The
:ts of variations
thin each cost
-406).

**Structure**

tion of indirect
n evaluation of
:tors may com-
t rates for indi-
:turing expense
and the bases
ɔf indirect cost
:ors modifying
ems to an ad-
t system may
e rates (see 6-
ntractors must
: for estimating
storical costing
:tor employs a
cost estimates,
ire whether a
ıg system is
planned, the
a cost impact
he change and
s required by
administration
.uditor should

review the change to determine if the different method causes inequitable results and the validity of the cost impact statement. A change in method is not improper by itself. The auditor should recognize that the impact of current procurement, changes in production mix, modernization of manufacturing processes and practices (14-800), and other factors may necessitate the revision of an existing rate structure to provide equitable cost allocations. The criteria used in determining the propriety of the number and types of indirect cost rates appropriate under varying conditions and the propriety of the related proration bases are discussed in 6-600.

### 9-704.4 Ceiling Rates

Indirect cost rates may be subject to sharp fluctuations. In periods of declining workloads, for example, indirect cost rates tend to increase because nonvariable costs are spread over a smaller allocation base. In the case of a corporate reorganization or a realignment of management functions, additional costs may be incurred which may result in an increase in indirect cost rates. When the auditor's review indicates the possibility of a decline in workload, a change in management functions or any other factor which would result in significant fluctuations in the rates, the auditor should determine the effect on the rate computation. Where warranted, the auditor should recommend ceilings in the indirect cost rates to prevent the acceptance of an unreasonable amount of indirect costs in the negotiation of the contract price.





## 9-800 Section 8 — Economic Considerations in Price Proposals

### 9-801 Introduction

This section provides guidance on the evaluation of proposed economic costs.

### 9-802 General

There are essentially two ways that contract prices can reflect the impact of inflation over the contract performance period.

a. In the most widely used method, the proposed contract price includes current estimates of wages and prices that are expected to be experienced during contract performance. The preferred bases of current estimates are forecasts of future wage and price indices prepared by qualified, professional economists. Their predictions are based on econometric computer models of the U.S. economy which consider a large number of factors that influence wages and prices. Accordingly, when evaluating proposals by this method, follow the guidance for using economic forecasts explained in DCAAP 7641.74, Use of Economic Indexes in Contract Audits.

b. Alternatively, the contract proposal may be priced without escalation and an economic price adjustment (EPA) clause may be proposed. This arrangement is appropriate when there is serious doubt about the stability of future market or labor conditions during an extended contract performance period. When such expectations are not included in the contract price, and they can be separately identified, they may be covered by an EPA clause.

c. Use of EPA clauses has increased, primarily because of potential inequities that fixed-price contracting can produce in periods of economic uncertainty. Such clauses are intended to protect both the government and the contractor from the effects of abnormal wage and/or price changes which could cause significant losses or windfall gains for reasons beyond the control of the contracting parties.

### 9-803 Types of EPA Clauses

FAR 16.203-1 specifies three basic types of EPA clauses:

a. The first provides for adjustments based on established prices. It is used where basic commodities and commercial items (i.e., steel, aluminum, brass, bronze, copper, and standard supplies) comprise a major portion of the contract work. Price adjustments are based on an increase or decrease from a specified level in published or established prices of either specific items or price levels of contract end items.

b. The second type provides for adjustments based on the contractor's experienced labor or material costs and is commonly referred to as the actual cost method. This type of clause is used when there is no major element of design engineering or development work involved and one or more identifiable labor or material cost factors are subject to change. Price adjustments are based on an increase or decrease in specified costs of labor or material actually experienced by the contractor during performance of the contract.

c. The third type is referred to as the cost index method. It is used when there will be an extended period of performance and the amount subject to adjustment is substantial. Although many variations can be developed, one approach is to select representative BLS labor and material indices and project them into the future. Price adjustments result only if the actual indices are outside a defined range about the projections.

### 9-804 Evaluation Techniques and Considerations

a. Techniques to evaluate proposed costs subject to EPA clauses are dependent on (1) the appropriate clause, (2) the contractor's accounting system, and (3) other factors relevant to the proposed acquisition. As appropriate, use evaluation techniques in the preceding sections of this chapter.

b. The evaluation techniques used in the preaward audit of a proposed EPA clause should be selected to assure that (1) economic factors already contained in the original price proposal are not duplicated, (2) the base period of the clause is the same period used to establish the base price, (3) the contemplated clause is the most appropriate for the anticipated contract environment, (4) the contractor's accounting system is capable of identifying and segregating the specific economic costs subject to adjustment from those attributable to qualitative and/or quantitative changes, and (5) an adjustment will be made for only those economic changes beyond the control of the contractor.

## 9-805 Unsatisfactory Conditions

Auditor vigilance is necessary to preclude unsatisfactory conditions as envisioned by 4-803. While the auditor should be involved in preaward economic decisions, it may not always be possible to do an audit evaluation before the contract is executed; such action may not be requested or time may not permit a review based on the auditor's initiative. At all times, but especially when this is the case, the auditor must be alert to possible contractor windfall profits or other excessive cost recoveries due to the operation of the EPA clause. When these conditions are detected the contracting officer should be advised. All remedies should be exhausted at the FAO and regional level. If the situation continues, however, and resolution by the FAO or the regional office seems improbable, the condition should be reported in accordance with 4-803.