IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DICK PACIFIC

Plaintiff,

vs. Case No. 05-462

UNITED STATES

Defendant.

DEPOSITION OF KEVIN O. WILLIAMS

Taken on behalf of the Plaintiff

March 30, 2006

\- - -

BE IT REMEMBERED THAT, pursuant to the Washington Rules of Civil Procedure, the deposition of KEVIN O. WILLIAMS was taken before Valerie Allard, a Certified Court Reporter, #3040, on March 30, 2006, commencing at the hour of 9:45 a.m., the proceedings being reported at 14240 Interurban Avenue, South, Suite 156, Seattle, Washington.

Q. You did an audit in this case of W. A. Botting's records, did you?

A. We did not call it an audit because an audit implies an examination. We performed verification of procedures in an attempt to verify the contractor's baseline to what his actual books and records were stating. So we were trying to marry the two--you can't say documents because there weren't specifically documents, but you were trying to verify what the contractor said basically?

Q. And were you able to verify it?

A. No. We did not finish a full review or verification procedures on Botting.

Q. How come?

A. During the process, we discovered that there were some line items in Botting's bid that appeared to be escalations on labor costs. The contracting officer made a determination that these costs were in fact escalation and if they weren't then Botting needed to provide additional information to show us that it was not escalation. And we never did receive any more information from Botting that made us understand that it was not escalation. So we did not perform any more work.

Q. So how far in the process did you get then?

A. I'm not sure exactly what you mean by the

question when you say "how far"?

Q. Well, what was your goal to achieve? Were you going to do a report, some kind of--if you would have gotten the information you say you didn't get, what would you have completed?

A. Well, we were--the end objective was to provide to the Corps a baseline schedule so then the Corps could use that in determining the equitable adjustments that would be made by contract. And so what we were supposed to be doing was verifying the labor rates, reviewing the contractor's proposals or bids and seeing if they had either contingencies or escalation in those amounts. And the Corps was responsible for doing the evaluation on the labor hours and providing to us that they, that the labor hours are--well, that didn't take any exemption of the labor hours. We were going to show what the total baseline dollars would have been by contractor.

Q. But your goal then really was just to show the rates?

A. Well, but we were going to apply those rates to the Corps, I going to use the word "approved" hours. And what that is, we were not in the position to say what the labor hours should have been and/or whether they were adequate. We didn't know that if somebody might have come and changed the hours. There was anything that could

happen. So we are not--weren't responsible for that aspect of it. But we were going to apply those hours to the labor rate to get a total labor cost baseline position, if you will.

Q. Okay. Make sure I understand. You were going to do a verification of the rate?

A. Yes.

Q. The Crops was going to do some kind of analysis to get to the hours and then from that point, you were simply going to do the math, rate times hours equals total dollars?

A. That's correct.

Q. And that would have been your baseline?

A. That would have been the baseline.

Q. So you're--at some point, you stopped doing work. Did you get a rate? Did you actually calculate the rate? Did you get that far in the process?

A. I do not believe I actually calculated a rate for the process. Now, I believe there's documentation that maybe going through, and it shows labor rates, but part of that process was is that we were trying to--I was, not what they were trying to do, but what I was doing was basically filling out my schedules. In the process, you know, you put your numbers in making sure the math works, making sure everything, you know, where the numbers come


f5db4009-9a2b-4dbc-a331-d5352a3cc366

from, so it may appear that I have labor rates but that doesn't necessary mean that I have labor rates. There were notes that I was providing to the Corps that says, I still need certain aspects to verify the cost element, the lower cost element.

And so yes, no, I did not have labor rates approved or verified, if you will, for Botting.

Q. Did you ever get the hours from the Corps?

A. Not for Botting.

Q. Do you know if the Corps actually made that analysis?

A. I do not.

Q. Who was it that was going to perform that analysis?

A. There was a Corps technical team. At this time, I don't remember who all were the participants of that technical team.

Q. Who was your primary contact person, if there was one or more, who was the primary contact person or people with the Corps?

A. I mainly interfaced with Donna West and Marie McDonald.

Q. Did you ever have any interaction with Ken Larson?

A. Yes, I did.


f5db4009-9a2b-4dbc-a331-d5352a3cc366