343 W.A. BOTTING MECHANICAL ESTIMATE ODJC SHEET
344 BID # 00-228
345 PROJECT Bassett REBID — TOTAL WEIGHT MATER'L & EQMT 543,369
346 DATE PRINTED 2/21/02 TIME PRINTED 8:05:34 AM PAGE # 7

| # | DESCRIPTION | HOUR | RATE | LABOR $ | DURATION | RATE | EXPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 349 | HOUSING FOR SUPER | | | $0 | 48 | $1,950.00 | 3028 $93,600 | $93,600 |
| 350 | MOCK UPS | SPLIT 30K L | 50K M | $0 | 8 | $10,000.00 | 1048 $80,000 | $80,000 |
| 351 | DOCUMENTS | | | $0 | | | 3026 $5,000 | $5,000 |
| 352 | AGENCY APPROVALS | | | $0 | | | $0 | $0 |
| 353 | COORDINATION DRAWINGS | 11440 | $51.18 | $585,499 | 1049L | | 1049 $2,500 | $587,999 |
| 354 | SUBMITTALS | | | $0 | | | 3014 $2,500 | $2,500 |
| 355 | SHOP DRAWINGS | | | $0 | | | $0 | $0 |
| 356 | MFG. LAYOUTS | | | $0 | | | $0 | $0 |
| 357 | O&M MANUALS | | $52.63 | $0 | | | 3014 $1,500 | $1,500 |
| 358 | AS BUILTS | | $52.63 | $0 | | | 3014 $2,000 | $2,000 |
| 359 | VALVE TAGS | | $52.63 | $0 | | | 1021 $5,000 | $5,000 |
| 360 | EQUIP I.D. | | | $0 | | | 1021 $2,500 | $2,500 |
| 361 | CRANE | | | $0 | | | 3039 $36,000 | $36,000 |
| 362 | WARRANTY | | | $0 | SPLIT 1044 | | 3044 $15,000 | $15,000 |
| 363 | LICENSES | | | $0 | | | 3009 $2,500 | $2,500 |
| 364 | WELD PROC & CERT | | | $0 | | | 3008 $2,000 | $2,000 |
| 365 | COMPRESSORS | | | $0 | | | 1037 $2,500 | $2,500 |
| 366 | Scissor Lifts | | | $0 | | | 1040 $240,000 | $240,000 |
| 367 | TELEPHONE | | | $0 | 48 | $400.00 | 3016 $19,200 | $19,200 |
| 368 | Fax Machine | | | $0 | 48 | $300.00 | 3016 $14,400 | $14,400 |
| 369 | PROJECT MANAGER John 3002 | 8320 | $58.52 | $486,886 3002 | 48 | $250.00 | 3002 $12,000 | $498,886 |
| 370 | PROJECT MANAGER ASST. 3001 | 8320 | $38.50 | $320,320 3001 | 48 | $150.00 | 3002 $7,200 | $327,520 |
| | PROJECT ENGINEER | 6240 | $38.50 | $240,240 3003 | | | | $240,240 |
| | CLERICAL | 6240 | $23.10 | $144,144 3004 | | | | $144,144 |
| | COMPUTERS AND SOFT | | | $0 | 48 | $683.33 | 3018 $32,800 | $32,800 |
| | OFFICE | | | $0 | 48 | $500.00 | 3013 $24,000 | $24,000 |
| 375 | OFFICE SUPPLIES COPIER/FAX | | | $0 | 48 | $100.00 | 3017 $4,800 | $4,800 |
| 376 | CREW FACILITIES | | | $0 | 48 | $450.00 | 3011 $21,600 | $21,600 |
| 377 | Sch/Leg. Consultant | 0 | $50.00 | $0 | 100K to SCH SUBCONTRACT | 25K | 3023 $125,000 | $125,000 |
| 378 | SEISMIC ENGINEERING CONSULTANT | 0 | $50.00 | $0 | | SUBCONTRACT | $550,000 | $550,000 |
| 379 | HOUSING PM | | | $0 | 48 | $1,950.00 | 3028 $93,600 | $93,600 |
| 380 | HOUSING ASST. PM | | | $0 | 48 | $1,950.00 | 3028 $93,600 | $93,600 |
| 381 | HOUSING PROJECT ENGINEER | | | $0 | 36 | $1,450.00 | 3029 $52,200 | $52,200 |
| 382 | PM, AST. PM & PE TRAVEL | | | $0 | 44 | $650.00 | 3030 $28,600 | $28,600 |
| 383 | EXECUTIVE TRAVEL EXP. | | | $0 | 16 | $1,950.00 | 3030 $31,200 | $31,200 |
| 384 | MOVE IN/OUT | | | $0 | 6 | $5,000.00 | 3027 $30,000 | $30,000 |
| 385 | PROJECT EXECUTIVE | 2080 | $60.00 | $124,800 3033 | 48 | $800.00 | 3033 $38,400 | $163,200 |
| 386 | VR 90 FORK LIFT | | | $0 | 24 | $2,200.00 | 1040 $52,800 | $52,800 |
| 387 | 2 PICK UP TRUCKS | | | $0 | 2 | $30,000.00 | 3015 $60,000 | $60,000 |
| 388 | 1 JOB SITE BEATER | | | $0 | | | 3010 $4,500 | $4,500 |
| 389 | GAS FUEL, REPAIR ALL VEH. | | | $0 | 48 | $250.00 | 3010 $12,000 | $12,000 |
| 390 | FREIGHT FOR WAB STORE TRS | | | $0 | 4 | $5,000.00 | 3031 $20,000 | $20,000 |
| 391 | FREIGHT ALL EQUIP/MATER. | | | $0 | 1 | $209,707.00 | $209,707 | $209,707 303 |
| 392 | TEMPORARY WATER | | | $0 | 30 | $150.00 | 1019 $4,500 | $4,500 |
| 393 | TEMPORARY SEWER | | | $0 | 1 | $4,000.00 | 1019 $4,000 | $4,000 |
| 394 | TEMPORARY ELECT | | | $0 | 1 | $6,500.00 | 1019 $6,500 | $6,500 |
| 395 | MATERIAL STORAGE | | | $0 | 48 | $450.00 | 3034 $21,600 | $21,600 |
| | TOOL STORAGE | | | $0 | 48 | $100.00 | 3034 $4,800 | $4,800 |
| | EQUIPMENT | | | $0 | 42 | $4,750.00 | 1037 $199,500 | $199,500 |
| | | 42640 | $44.60 | $1,901,890 | | | $2,270,107 | $4,171,996 |



COE_000438