# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV, on behalf of W.A. Bottling Company, | ) | |
| Plaintiff, | ) | No. 05-462C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED
## MOTION TO EXTEND TIME TO FILE REPLY

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 31 calendar days, to and including November 30, 2006, in which to file its reply to plaintiff's response to the Government's cross-motion for summary judgment. Defendant's response is presently due October 30, 2006. This is defendant's first request for an enlargement of this deadline. Counsel for the United States has contacted plaintiff's counsel, and they have agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's reply brief.

Government counsel is handling several other matters before this Court and the United States Court of Appeals for the Federal Circuit which have deadlines in late October and November 2006, including trial and pretrial filings for Jaynes v. United States, No. 04-856 (Fed. Cl.) (Joint and individual exhibit lists due October 13, 2006; exhibits due October 16, 2006; objections and motions in limine due October 20, 2006; response to objections and motions in limine due October 25, 2006; reply to objections and motions in limine due October 27, 2006; pretrial conference scheduled for October 30, 2006; trial preparation scheduled October 30-November 3, 2006; trial scheduled November 6-9, 2006); a response brief and oral argument for a bid protest, Colorado Department of Human Services v. United States, No. 06-666 (Fed. Cl.) (response to motion for preliminary injunction filed October 13, 2006, oral argument scheduled for October 26, 2006); and a reply to motion to dismiss in Ameristar v. United States, No. 06-424 (Fed. Cl.) (reply due November 17, 2006); among other deadlines.

Further, the parties have been actively involved in settlement negotiations, in the hope of resolving this matter without further Court

involvement.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

October 25, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 25th day of October, 2006, a copy of the foregoing "UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice