# In the United States Court of Federal Claims

Case No. 05-462C
(Filed: October 27, 2006)

**************************************************
DICK PACIFIC/GHEMM, J*V,* on behalf of *
W.A. Botting Company, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

**ORDER**

Defendant's unopposed **Motion to Extend Time (by 31 days) to File Reply**, filed October 25, 2006, is hereby **GRANTED**. Defendant's **Reply** to Plaintiff's Response to the Government's Cross Motion for Summary Judgment **is due** no later than **November 30, 2006.** Parties shall file the **Consolidated Statement of Uncontroverted Facts** no later than **December 7, 2006.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge