# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV, on behalf of W.A. Botting Company, | ) | |
| Plaintiff, | ) | No. 05-462C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## JOINT MOTION TO STAY PROCEEDINGS

The United States and Dick Pacific/GHEMM, JV respectfully and jointly request that the Court stay the present proceedings in this case for 45 days, to and including January 14, 2007. Presently, Defendant's reply brief to defendant's cross motion for summary judgment is due on November 30, 2006, and the parties consolidated statement of uncontroverted fact is due on December 7, 2006.

The parties have made substantial progress in settlement negotiations, and believe that this matter may be resolved without further Court involvement. The parties believe that it is in the interest of the parties and of judicial economy to stay this case so that the parties can focus on obtaining the necessary approval for final settlement, and preparing the text of a settlement agreement. The

parties hope to resolve this dispute without the assistance of the Court within 45 days, to and including January 14, 2007. Moreover, parties proposes that they file a joint status report within 30 days to inform the Court of the status of settlement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Robert Crick
ROBERT CRICK
Winston & Cashatt, Lawyers
601 West Riverside Avenue
1900 Seafirst Financial Center
Spokane, WA 99201-0695

Attorneys for Plaintiff

November 30, 2006

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

November 28, 2006

CERTIFICATE OF FILING

I hereby certify that on this 30th day of November, 2006, a copy of the foregoing "Joint Motion to Stay Proceedings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice