# In the United States Court of Federal Claims

Case No. 05-462C
(Filed: December 4, 2006)

**************************************************
DICK PACIFIC/GHEMM, J*V*, on behalf of *
W.A. Botting Company, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

On November 30, 2006, the parties filed a Joint Motion to Stay Proceedings in this case for 45 days, or until January 14, 2007, for settlement negotiations. This motion is hereby **GRANTED** as follows: This case is **Stayed until further notice** to enable the parties to settle this case.

The **parties shall file a Joint Status Report** regarding settlement negotiations every 60 days, beginning February 5, 2007.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge