**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV,<br>On behalf of W. A. Botting Company,<br>Plaintiff<br><br>v.<br><br><br>THE UNITED STATES<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 05-462C<br>(Judge Baskir) |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated December 4, 2006, the parties to this action, by and through their undersigned counsel, respectfully submit the following Joint Status Report.

The parties have reached a settlement in principle, and believe that this matter shall be resolved without further Court involvement. The parties are presently finalizing the language of their proposed settlement agreement with their clients, and believe they will to be able to file a joint stipulation of dismissal within 40 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Robert Crick
ROBERT CRICK
Winston & Cashatt, Lawyers
601 West Riverside Avenue
1900 Seafirst Financial Center
Spokane, WA 99201-0695

Attorney for Plaintiff

April 6, 2007

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

April 6, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 6th day of April, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice