# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV,<br>On behalf of W. A. Botting Company,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNITED STATES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-462C<br>(Judge Baskir) |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims, the parties hereby jointly stipulate to dismiss the complaint without prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Robert Crick
ROBERT CRICK
Winston & Cashatt, Lawyers
601 West Riverside Avenue
1900 Seafirst Financial Center
Spokane, WA 99201-0695

Attorney for Plaintiff

Dated:
May 11, 2007

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

May 14, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 14th day of May, 2007, a copy of the foregoing "JOINT STIPULATION FOR DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice