# In the United States Court of Federal Claims

No. 05-462C
(Filed: May 15, 2007)

****************************************
DICK PACIFIC/GHEMM, JV, *
on behalf of W.A. Botting Co., *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*
****************************************

**Dismissal Order**

In accordance with the parties' Joint Stipulation for Dismissal filed May 14, 2007, the Clerk of the Court is directed to dismiss the complaint without prejudice, with each party to bear its own costs, attorney fees and expenses.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge